UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

HANS MOKE NIEMANN )
)
, )
)
Plaintiff, )
)
v. ) Case No.
SVEN MAGNUS ØEN CARLSEN A/K/A MAGNUS CARLSEN, )
PLAY MAGNUS AS D/B/A PLAY MAGNUS GROUP, )
CHESS.COM, LLC, DANIEL RENSCH A/K/A "DANNY" )
RENSCH, AND HIKARU NAKAMURA Defendant, )
)

**ORIGINAL FILING FORM**

**THIS FORM MUST BE COMPLETED AND VERIFIED BY THE FILING PARTY WHEN INITIATING A NEW CASE.**

☐ THIS SAME CAUSE, OR A SUBSTANTIALLY EQUIVALENT COMPLAINT, WAS PREVIOUSLY FILED IN THIS COURT AS CASE NUMBER _____ AND ASSIGNED TO THE HONORABLE JUDGE _____.

☐ THIS CAUSE IS RELATED, BUT IS NOT SUBSTANTIALLY EQUIVALENT TO ANY PREVIOUSLY FILED COMPLAINT.  THE RELATED CASE NUMBER IS _____ AND THAT CASE WAS ASSIGNED TO THE HONORABLE _____. THIS CASE MAY, THEREFORE, BE OPENED AS AN ORIGINAL PROCEEDING.

☒ NEITHER THIS SAME CAUSE, NOR A SUBSTANTIALLY EQUIVALENT COMPLAINT, HAS BEEN PREVIOUSLY FILED IN THIS COURT, AND THEREFORE MAY BE OPENED AS AN ORIGINAL PROCEEDING.

**The undersigned affirms that the information provided above is true and correct.**

Date: 10/20/2022               /s/ Matthew Gartner
                               _____
                               Signature of Filing Party