UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

HANS MOKE NIEMANN

_____,  )
        Plaintiff (s),  )
     )
    v.  )  Case No.
SVEN MAGNUS ØEN CARLSEN A/K/A MAGNUS CARLSEN, PLAY MAGNUS AS D/B/A PLAY MAGNUS GROUP, CHESS.COM, LLC, DANIEL RENSCH A/K/A "DANNY" RENSCH, AND HIKARU NAKAMURA  )
        Defendant(s).  )

## NOTICE OF INTENT TO USE PROCESS SERVER

Comes now __Plaintiff__ and notifies the court of the intent to use
(Plaintiff or Defendant)

__PM Legal__
(name and address of process server)

__1235 Broadway, 2nd Fl.__

__New York, NY 10001__

To serve: __SVEN MAGNUS ØEN CARLSEN A/K/A MAGNUS CARLSEN, PLAY MAGNUS AS D/B/A PLAY MAGNUS GROUP, CHESS.COM, LLC, DANIEL RENSCH A/K/A "DANNY" RENSCH, AND HIKARU NAKAMURA__ in the
(name of defendants to be served by this process server)

above-styled cause. The process server listed above possesses the requirements as stated in Rule 4 of the Federal Rules of Civil Procedure.

The undersigned affirms the information provided above is true and correct.

__10/20/2022__                                  /s/ Matthew Gartner
(date)                                         (attorney for Plaintiff)

                                                         (attorney for Defendant)