# UNITED STATES DISTRICT COURT
for the
Eastern District of Missouri

HANS MOKE NIEMANN,　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　　　　*Plaintiff*　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　　　　v.　　　　　　　　　　　　)　　Civil Action No.
SVEN MAGNUS ØEN CARLSEN A/K/A MAGNUS　)
CARLSEN, PLAY MAGNUS AS D/B/A PLAY MAGNUS )
GROUP, CHESS.COM, LLC, DANIEL RENSCH A/K/A )
"DANNY" RENSCH, AND HIKARU NAKAMURA,
　　　　　　　*Defendant*　　　　　　　**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

　　Play Magnus AS d/b/a Play Magnus Group
　　Tordenskiolds gate 2
　　0160 Oslo
　　Norway

　　A lawsuit has been filed against you.

　　Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Matthew Gartner
　　　　　　　　　　　　　　　　　　　THE GARTNER LAW FIRM
　　　　　　　　　　　　　　　　　　　220 Salt Lick Road
　　　　　　　　　　　　　　　　　　　St. Peters, Missouri 63376

　　If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CLERK OF COURT

Date: _____　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Signature of Clerk or Deputy Clerk*

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

MOED-0001                    DISCLOSURE OF ORGANIZATIONAL INTERESTS CERTIFICATE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

|  |  |  |
|---|---|---|
| Plaintiff(s), | ) ) ) ) | |
| vs. | ) ) ) ) ) ) | Case No. |
| Defendant(s). | ) | |

**DISCLOSURE OF ORGANIZATIONAL INTERESTS CERTIFICATE**

Pursuant to Local Rule 2.09 and Federal Rule of Civil Procedure 7.1, Counsel of record for _____ hereby discloses the following organizational interests:

1. If the subject organization is a corporation,

a. Whether the subject organization is publicly traded, and if it is, on which exchange(s):

b. Its parent companies or corporations (if none, state "none"):

c. Its subsidiaries not wholly owned by the subject corporation (if none, state "none"):

d. Any publicly held company or corporation that owns any of the subject corporation's stock (if none, state "none"):

2. If the subject organization is a limited liability company or a limited liability partnership, its members and sub-members and each member's and sub-member's state(s) of citizenship:

Note: Sub-members include the members of members (i.e., first-tier sub-members), and the members of first-tier sub-members (i.e., second-tier sub-members), the members of second-tier sub-members (i.e., third-tier sub-members), and so on, until the Court knows the citizenship of *all* persons and entities within the ownership structure.  Further, if a corporation is a member or sub-member of the subject organization, that corporation's state of incorporation and principal place of business must be disclosed.

MOED-0001            DISCLOSURE OF ORGANIZATIONAL INTERESTS CERTIFICATE

     By signing this form, counsel acknowledges that "if any required information changes," counsel must file an amended certificate within seven (7) days of the change.  E.D.Mo. L.R. 2.09(C); *see also* Fed. R. Civ. P. 7.1(b)(2).

                                                                                           _____
                          Signature (Counsel for Plaintiff/Defendant)
                          Print Name: _____
                          Address: _____
                          City/State/Zip: _____
                          Phone: _____

<u>Certificate of Service</u>

     I hereby certify that a true copy of the foregoing Disclosure of Organizational Interests Certificate was served (by mail, by hand delivery, or by electronic notice) on all parties on: _____, 20\_\_\_\_.

                                                          _____
                          Signature