UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

|  |  |  |
|---|---|---|
| HANS MOKE NIEMANN, | ) ) ) | |
| Plaintiff, | ) ) | Case No: 4:22-cv-01110 |
| vs. | ) ) | |
| SVEN MAGNUS ØEN CARLSEN A/K/A MAGNUS CARLSEN, PLAY MAGNUS AS, D/B/A PLAY MAGNUS GROUP, CHESS.COM, LLC, DANIEL RENSCH A/K/A "DANNY" RENSCH, AND HIKARU NAKAMURA | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**VERIFIED MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Rule 12 of the local rules of the United States District Court for the Eastern District of Missouri, I, DARREN OVED hereby request to be admitted *pro hac vice* to the bar of this court for the purpose of representing Plaintiff Hans Moke Niemann in this matter.

In support of this motion, I submit the following information as required by Rule 12.01(F):

1. My full name is:     Darren Oved

2. I practice under the following firm name and letterhead:

    Firm Name:   OVED & OVED LLP
    Address:     401 Greenwich Street
                 New York NY 10013
    Telephone:   212.226.2700
    Fax:         212.226.7555

3. My email address is:     darren@oved.com

4. I attended **Benjamin N. Cardozo School of Law** and graduated in 1991.

5. I am a member of good standing of the New York State Bar, No. 2646099. Attached to this motion is a list of the federal bar numbers for jurisdictions in which I am a member in good standing.

6. I am a member in good standing of all bars of which I am a member; I am not under suspension or disbarment from any bar; attached to this motion is a certificate of good standing in the bar of the jurisdiction in which I reside and am regularly employed as an attorney.

7. I do not reside in the Eastern District of Missouri, am not regularly employed in this district, and am not regularly engaged in the practice of law in this district.

I, Darren Oved, attest under penalty of perjury the truth and accuracy of the foregoing facts, and respectfully request that this motion be granted and that I be admitted *pro hac vice* to the bar of the court to appear in the instant matter.

*/s/ Darren Oved*
Darren Oved (N.Y. State Bar No. 2646099)

| Court: | Bar Number: | Admission Date: |
| --- | --- | --- |
| Supreme Court of the United States | 303232 | 10/10/2017 |
| Court of Appeals for the Federal Circuit | N/A | 5/28/2008 |
| Court of Appeals for the Armed Forces | 34420 | 9/8/2008 |
| District of Columbia Court of Appeals Circuit | 52198 | 1/30/2009 |
| Second Circuit Court of Appeals | 2004-364 | 7/20/2004 |
| Third Circuit Court of Appeals | N/A | 5/22/2008 |
| Fourth Circuit Court of Appeals | N/A | 1/12/2009 |
| Fifth Circuit Court of Appeals | N/A | 2/9/2009 |
| Sixth Circuit Court of Appeals | N/A | 4/28/2008 |
| Seventh Circuit Court of Appeals | N/A | 5/2/2008 |
| Ninth Circuit Court of Appeals | N/A | 4/28/2008 |
| Tenth Circuit Court of Appeals | N/A | 3/23/2008 |
| Eleventh Circuit Court of Appeals | 757960445 | 1/12/2009 |
| S.D.N.Y. | DO9337 | 8/21/2001 |
| E.D.N.Y. | DO9337 | 8/27/2001 |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 21, 2022, a true and correct copy of the above and foregoing was filed through the Court's CM/ECF electronic filing system and served thereby on all parties who are registered with the Court to receive electronic filings and notices thereby.

*/s/ Darren Oved*