# United States District Court
### Southern District of New York

## Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

        DARREN  OVED       , Bar #      DO9337

was duly admitted to practice in the Court on

        August 21, 2001

and is in good standing as a member of the Bar of this Court

Dated at    500 Pearl St.    On    October 20, 2022
New York, New York

Ruby J. Krajick    By    s/ A. Eames
Clerk of Court            Deputy Clerk