# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

     ANDREW   JUSTIN   URGENSON     , Bar #      AU8542     

was duly admitted to practice in the Court on

                November 27, 2007                

and is in good standing as a member of the Bar of this Court

Dated at   500 Pearl St.     On      October 19, 2022
           New York, New York

Ruby J. Krajick              By          s/ A. Eames
Clerk of Court                            Deputy Clerk