# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

    JAMES THOMAS REILLY, Bar # JR1764

was duly admitted to practice in the Court on

    December 07, 2010

and is in good standing as a member of the Bar of this Court

Dated at    500 Pearl St.    On    October 20, 2022
New York, New York

Ruby J. Krajick    By    s/ A. Eames
Clerk of Court              Deputy Clerk