# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| HANS MOKE NIEMANN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) Case No. 4:22-cv-01110-SRW |
| SVEN MAGNUS ØEN CARLSEN A/K/A | ) |
| MAGNUS CARLSEN, PLAY MAGNUS AS | ) |
| D/B/A PLAY MAGNUS GROUP, | ) |
| CHESS.COM, LLC, DANIEL RENSCH | ) |
| A/K/A "DANNY" RENSCH, AND HIKARU | ) |
| NAKAMURA, | ) |
| | ) |
| Defendants. | ) |

## ENTRY OF APPEARANCE

J. Nicci Warr of Stinson LLP hereby enters her appearance on behalf of Defendant Magnus Carlsen in the above-captioned matter.

Respectfully submitted

By */s/ J. Nicci Warr*
J. Nicci Warr, 59975MO
STINSON LLP
7700 Forsyth Blvd., Suite 1100
St. Louis, MO 63105
Tel: 314.863.0800
Fax: 314.863.9388
nicci.warr@stinson.com

*Attorney for Defendant Magnus Carlsen*

## **CERTIFICATE OF SERVICE**

    The undersigned certifies that a copy of the foregoing document was served via the Court's electronic filing system this 14th day of November 2022 on all attorneys of record.

                                              */s/ J. Nicci Warr*
                                              *Attorney for Defendant Magnus Carlsen*