UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| HANS MOKE NIEMANN, | ) |
| Plaintiff(s), | ) ) ) |
| v. | ) )   No. 4:22-CV-01110-SRW ) |
| SVEN MAGNUS EN CARLSEN, et al., | ) ) ) |
| Defendant(s). | ) ) |

**ORDER**

Pursuant to Local Rule 2.08, a request has been received for random reassignment of this case to a District Judge.

**IT IS HEREBY ORDERED** that the above styled cause is randomly reassigned from Magistrate Judge Stephen R. Welby to District Judge Ronnie L. White.

November 15, 2022
Date

*Gregory J. Linhares                /*
Clerk of Court

By:  /s/ Kelley Shirley                /
KELLEY SHIRLEY
Deputy Clerk

**In all future documents filed with the Court, please use the following case number: 4:22-CV-01110-RLW**