## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| HANS MOKE NIEMANN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 4:22-cv-01110-RLW |
| ) | |
| SVEN MAGNUS ØEN CARLSEN A/K/A ) | |
| MAGNUS CARLSEN, et al., ) | |
| ) | |
| Defendants. ) | |

## ENTRY OF APPEARANCE

COMES NOW Neal F. Perryman of the law firm Lewis Rice LLC, and hereby enters his appearance as counsel of record for Defendant Hikaru Nakamura.

Respectfully submitted,

**LEWIS RICE LLC**

Dated: November 23, 2022      By:   /s/ Neal F. Perryman
                                                        Neal F. Perryman, #43057 (MO)
                                                        600 Washington Avenue, Suite 2500
                                                        St. Louis, Missouri 63101
                                                        Telephone:  (314) 444-7661
                                                        Facsimile:  (314) 612-7661
                                                        nperryman@lewisrice.com

                                                        *Attorney for Defendant Hikaru Nakamura*