**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| HANS MOKE NIEMANN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 4:22-cv-01110-RLW |
| ) | |
| SVEN MAGNUS ØEN CARLSEN A/K/A ) | |
| MAGNUS CARLSEN, et al., ) | |
| ) | |
| Defendants. ) | |

**ENTRY OF APPEARANCE**

COMES NOW Michael L. Jente of the law firm Lewis Rice LLC, and hereby enters his appearance as counsel of record for Defendant Hikaru Nakamura.

Respectfully submitted,

**LEWIS RICE LLC**

Dated: November 23, 2022          By:     /s/ Michael L. Jente
Michael L. Jente, #62980 (MO)
600 Washington Avenue, Suite 2500
St. Louis, Missouri 63101
Telephone: (314) 444-7683
Facsimile: (314) 612-7683
mjente@lewisrice.com

*Attorney for Defendant Hikaru Nakamura*