**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| HANS MOKE NIEMANN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SVEN MAGNUS ØEN CARLSEN A/K/A ) <br> MAGNUS CARLSEN, et al., ) <br> ) <br> Defendants. ) | Case No.: 4:22-cv-01110-RLW |

**ENTRY OF APPEARANCE**

COMES NOW Benjamin M. Farley of the law firm Lewis Rice LLC, and hereby enters his appearance as counsel of record for Defendant Hikaru Nakamura.

Respectfully submitted,

**LEWIS RICE LLC**

Dated: November 23, 2022     By:   /s/ Benjamin M. Farley
                                   Benjamin M. Farley #69073 (MO)
                                   600 Washington Avenue, Suite 2500
                                   St. Louis, Missouri 63101
                                   Telephone:  (314) 444-7658
                                   Facsimile:  (314) 612-7658
                                   bfarley@lewisrice.com

                                   *Attorney for Defendant Hikaru Nakamura*