# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| HANS MOKE NIEMANN, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| SVEN MAGNUS ØEN CARLSEN a/k/a MAGNUS CARLSEN, et al., | ) ) ) | No. 4:22-CV-1110 RLW |
| Defendants. | ) ) ) | |

## ORDER

Upon review of the Court file, the Court concludes there are circumstances present in this case which might give rise to the need for recusal pursuant to 28 U.S.C. § 455.

Accordingly,

**IT IS HEREBY ORDERED** that this case is transmitted to the Clerk of the Court for random reassignment.

*Ronnie L. White*
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**

Dated this 23rd day of November, 2022.