UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| HANS MOKE NIEMANN, | ) |
| Plaintiff(s), | ) ) ) |
| v. | ) ) No. 4:22-CV-01110-RLW |
| SVEN MAGNUS OEN CARLSEN, et al., | ) ) ) |
| Defendant(s). | ) ) ) |

## ORDER

Pursuant to the order of recusal by the Honorable Ronnie L. White on November 23, 2022,

**IT IS HEREBY ORDERED** that the above styled cause is reassigned to the Honorable Audrey G. Fleissig.

November 23, 2022
Date

*Gregory J. Linhares            /*
Clerk of Court

By:  /s/ Katie Spurgeon          /
KATIE SPURGEON
Operations Manager

**In all future documents filed with the Court, please use the following case number: 4:22-CV-01110-AGF**