**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| HANS MOKE NIEMANN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 4:22-cv-01110-AGF |
| ) | |
| ) | |
| SVEN MAGNUS ØEN CARLSEN A/K/A ) | |
| MAGNUS CARLSEN, et al., ) | |
| ) | |
| Defendants. ) | |

## ENTRY OF APPEARANCE

Derek Teeter, of the law firm of Husch Blackwell LLP, hereby enters his appearance on behalf of Defendant Chess.com in the above-captioned case.

        Respectfully submitted,

        HUSCH BLACKWELL LLP

        /s/ *Derek Teeter*
        Derek Teeter        MO# 59031
        4801 Main Street, Suite 1000
        Kansas City, MO  64112
        (816) 983-8331
        (816) 983-8080 (Fax)
        derek.teeter@huschblackwell.com

        **ATTORNEY FOR DEFENDANT**
        **CHESS.COM**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was sent to all counsel of record via the Court's e-Filing System on 28th day of November, 2022.

/s/ Derek Teeter
Attorney