UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| HANS MOKE NIEMANN ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | Case No. 4:22-cv-01110 |
| ) | |
| SVEN MAGNUS OEN CARLSEN, et al ) | |
| Defendant. ) | |

**VERIFIED MOTION FOR ADMISSION PRO HAC VICE**

      Pursuant to Rule 12 of the local rules of the United States District Court for the Eastern District of Missouri, I, Michael A. Hale, move to be admitted pro hac vice to the bar of this court for the purpose of representing Chess.com, LLC in this matter. In support of this motion, I submit the following information as required by Rule 12.01(E):

(a)    Full name of the movant-attorney;
      Michael A. Hale

(b)    Name of the firm or letterhead under which the movant practices. Include the address, telephone number and fax number of the firm;

    Name: Latham & Watkins LLP
    Address: 355 South Grand Avenue, Suite 100
    City, State Zip: Los Angeles, CA 90071
    Phone No.: 213-485-1234
    Fax No.: 213-891-8763

(c)    Email for movant-attorney;
    michael.hale@lw.com

(d)    Name of the law school(s) movant attended and the date(s) of graduation therefrom;
    University of Virginia School of Law, 2017

(e)    Bars, state and federal, of which the movant is a member, with dates of admission and registration numbers, if any;

| **Jurisdiction** | **Yr. Admitted** | **Reg. Number** |
|---|---|---|
| See Attached for Admissions | | |
| | | |
| | | |
| | | |

(f)    The movant is a member in good standing of all bars of which movant is a member; the movant is not under suspension or disbarment from any bar; the movant has attached to this motion a certificate of good standing in the bar of the jurisdiction in which the movant resides or is regularly employed as an attorney.

(g)     Movant does not reside in the Eastern District of Missouri, is not regularly employed in this district and is not regularly engaged in the practice of law in this district.

    Movant attests under penalty of perjury the truth and accuracy of the foregoing facts, and respectfully requests that this motion be granted and that the movant be admitted pro hac vice to the bar of the court to appear in the instant matter.

/s/ Michael Hale
_____
Signature of Movant

| COURT ADMISSIONS | | |
|---|---|---|
| Jurisdiction | Year Admitted | Bar Number |
| California | 2017 | 319056 |
| U.S. Court of Appeals, 9th Circuit | 03/30/2021 | N/A |
| U.S. District Court, Central District of CA | 01/09/2018 | N/A |
| U.S. District Court, Eastern District of CA | 05/14/2018 | N/A |
| U.S. District Court, Northern District of CA | 10/23/2020 | N/A |
| U.S. District Court, Southern District of CA | 04/20/2021 | N/A |