UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| HANS MOKE NIEMANN ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | Case No. 4:22-cv-01110 |
| SVEN MAGNUS OEN CARLSEN, et al ) | |
| Defendant. ) | |

**VERIFIED MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 12 of the local rules of the United States District Court for the Eastern District of Missouri, I, Blake E. Stafford, move to be admitted pro hac vice to the bar of this court for the purpose of representing Chess.com, LLC in this matter. In support of this motion, I submit the following information as required by Rule 12.01(E):

(a) Full name of the movant-attorney;
  Blake E. Stafford

(b) Name of the firm or letterhead under which the movant practices. Include the address, telephone number and fax number of the firm;

  Name: Latham & Watkins LLP
  Address: 555 Eleventh Street, NW
  City, State Zip: Washington, D.C. 20004
  Phone No.: 202-637-2200
  Fax No.: 202-637-2201

(c) Email for movant-attorney;
  blake.stafford@lw.com

(d) Name of the law school(s) movant attended and the date(s) of graduation therefrom;
  Wake Forest University School of Law

(e) Bars, state and federal, of which the movant is a member, with dates of admission and registration numbers, if any;

| **Jurisdiction** | **Yr. Admitted** | **Reg. Number** |
|---|---|---|
| See Attached for Admissions | | |

(f) The movant is a member in good standing of all bars of which movant is a member; the movant is not under suspension or disbarment from any bar; the movant has attached to this motion a certificate of good standing in the bar of the jurisdiction in which the movant resides or is regularly employed as an attorney.

(g)     Movant does not reside in the Eastern District of Missouri, is not regularly employed in this district and is not regularly engaged in the practice of law in this district.

    Movant attests under penalty of perjury the truth and accuracy of the foregoing facts, and respectfully requests that this motion be granted and that the movant be admitted pro hac vice to the bar of the court to appear in the instant matter.

    /s/ Blake E. Stafford
    Signature of Movant

| COURT ADMISSIONS | | |
|---|---|---|
| **Jurisdiction** | **Year Admitted** | **Bar Number** |
| District of Columbia | 2018 | 888324775 |
| Virginia | 2017 | 92540 |
| U.S. Court of Appeals, 2nd Circuit | 11/10/2020 | N/A |
| U.S. Court of Appeals, 5th Circuit | 07/02/2021 | N/A |
| U.S. Court of Appeals, 6th Circuit | 08/09/2022 | N/A |
| U.S. Court of Appeals, 7th Circuit | 12/22/2017 | N/A |
| U.S. Court of Appeals, 9th Circuit | 07/02/2019 | N/A |
| U.S. Court of Appeals, 11th Circuit | 04/28/2021 | N/A |
| U.S. Court of Appeals, D.C. Circuit | 11/10/2021 | N/A |
| U.S. Court of Appeals, Federal Circuit | 12/11/2017 | N/A |
| U.S. Supreme Court | 10/31/2022 | N/A |