# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| HANS MOKE NIEMANN,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>SVEN MAGNUS ØEN CARLSEN A/K/A MAGNUS CARLSEN; PLAY MAGNUS AS, D/B/A PLAY MAGNUS GROUP; CHESS.COM, LLC; DANIEL RENSCH A/K/A "DANNY" RENSCH; AND HIKARU NAKAMURA,<br><br>　　　　　　Defendants. | Case No: 4:22-cv-01110-AGF<br><br>Hon. Audrey G. Fleissig |

### DEFENDANT MAGNUS CARLSEN'S AND CHESS.COM, LLC'S UNOPPOSED MOTION FOR LEAVE TO FILE MOTIONS TO DISMISS IN EXCESS OF LOCAL RULE PAGE LIMITATION

Pursuant to E.D. Mo. L.R. 4.01(D), Defendants Magnus Carlsen and Chess.com, LLC ("Chess.com" and, together with Carlsen, "Defendants") move for leave to file separate Motions to Dismiss (the "Motions") in excess of the fifteen (15) page limit set by the Local Rules. In support of this motion, Defendants state as follows:

1.　E.D. Mo. L.R. 4.01(D) states that parties may not file motions, memoranda, or briefs in excess of fifteen (15) pages, exclusive of signature pages and attachments, without the Court's leave.

2.　Defendants plan to respond to Plaintiff Hans Niemann's Amended Complaint, ECF No. 20 (the "Amended Complaint") by filing separate Motions.

3.　Niemann's forty-three-page Amended Complaint asserts five causes of action and includes over 200 paragraphs of allegations.

4.　To fully address the deficiency of the legal claims and theories set forth in

Niemann's Amended Complaint, Carlsen and Chess.com respectfully request that this Court grant leave for each of them to exceed the 15-page limit by 10 pages.

5. Specifically, Carlsen and Chess.com request the Court's leave to file separate, non-duplicative opening briefs of no more than 25 pages in support of their respective forthcoming Motions.

6. No party will be prejudiced by granting the request herein.

7. The undersigned counsel for Defendants conferred with counsel for Niemann regarding the relief requested herein, and counsel for Niemann indicated that Niemann consents to this request provided that he "be afforded an equal number of pages in response, the ability to file a consolidated response to" the Motions as well as any motion filed by Mr. Rensch, and "an enlarged response deadline that takes into consideration [his counsel's] absence during the last two weeks of the year and the size of the motions."

Dated: November 28, 2022

**STINSON LLP**

J. Nicci Warr (State Bar No. 59975)
7700 Forsyth Blvd., Suite 1100
St. Louis, MO 63105
Office: 314.259.4570
Email: nicci.warr@stinson.com

Respectfully submitted,

**AXINN, VELTROP & HARKRIDER LLP**

By:  /s/ Craig M. Reiser
Craig M. Reiser, admitted *pro hac vice*
Denise L. Plunkett, admitted *pro hac vice*
Eva H. Yung, admitted *pro hac vice*
114 West 47th Street
New York, New York 10036
Office: 212.728.2200
Fax: 212.728.2201
Email: creiser@axinn.com
         dplunkett@axinn.com
         eyung@axinn.com

John M. Tanski, *pro hac vice* forthcoming
Caroline P. Boisvert, *pro hac vice* forthcoming
90 State House Square
Hartford, CT 06103
Office: 860.275.8100

Fax: 860.275.8101
Email: jtanski@axinn.com
cboisvert@axinn.com

*Counsel for Defendant Magnus Carlsen*

**HUSCH BLACKWELL LLP**

/s/ *Derek Teeter*
Derek Teeter						MO# 59031
Spencer Tolson					MO# 74467
HUSCH BLACKWELL LLP
4801 Main Street, Suite 1000
Kansas City, MO  64112
(816) 983-8000
(816) 983-8080 (Fax)
derek.teeter@huschblackwell.com
spencer.tolson@huschblackwell.com

Jeffrey B. Jensen					MO# 46745
Kate Ledden						MO# 66036
190 Carondelet Plaza, Suite 600
St. Louis, MO  63105
(314) 480-1500
(314) 480-1505 (Fax)
jeff.jensen@huschblackwell.com
kate.ledden@huschblackwell.com

**LATHAM & WATKINS LLP**

Nima H. Mohebbi (*pro hac vice* pending)
Sarah F. Mitchell (*pro hac vice* pending)
Michael A. Hale (*pro hac vice* pending)
LATHAM & WATKINS LLP
355 S. Grand Ave., Suite 100
Los Angeles, CA 90071
Tel: (213) 485-1234
nima.mohebbi@lw.com
sarah.mitchell@lw.com
michael.hale@lw.com

Jamie L. Wine (*pro hac vice* pending)
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Tel: (212) 906-1200
jamie.wine@lw.com

Blake E. Stafford (*pro hac vice* pending)
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Tel: (202) 637-2200
blake.stafford@lw.com

*Counsel for Defendant Chess.com, LLC*