# State of Connecticut
# Supreme Court

I, **Carl D. Cicchetti**, Chief Clerk of the Supreme Court of the State of Connecticut and keeper of the Seal thereof,

*Do hereby certify*, that, in the Superior Court at **Hartford** on the **27th** day of **January, 2020**

**Caroline Puckowski Boisvert**

*of*

**West Hartford, CT**

having been examined and found duly qualified, was sworn as an attorney and admitted to practice before all courts of this state, and that said attorney is a member of in good standing of the Bar of this State pursuant to Practice Book §2-65.



In Testimony Whereof, I have hereunto set my hand and affix the Seal of the Supreme Court of the State of Connecticut, at Hartford, this day

**December 1, 2022**

Carl D. Cicchetti
Chief Clerk