# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| HANS MOKE NIEMANN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 4:22-cv-01110-AGF |
| ) | |
| SVEN MAGNUS ØEN CARLSEN A/K/A ) | |
| MAGNUS CARLSEN, et al., ) | |
| ) | |
| Defendants. ) | |

## ENTRY OF APPEARANCE

Spencer Tolson, of the law firm of Husch Blackwell LLP, hereby enters his appearance on behalf of Defendant Daniel "Danny" Rensch in the above-captioned case.

Respectfully submitted,

HUSCH BLACKWELL LLP

/s/ *Spencer Tolson*
Spencer Tolson                    MO# 74467
4801 Main Street, Suite 1000
Kansas City, MO  64112
(816) 983-8227
(816) 983-8080 (Fax)
spencer.tolson@huschblackwell.com

**ATTORNEY FOR DEFENDANT**
**DANIEL RENSCH**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was sent to all counsel of record via the Court's e-Filing System on the 2nd day of December, 2022.

*/s/ Spencer Tolson*
Attorney
