UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| HANS MOKE NIEMANN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 4:22-cv-01110-AGF |
| ) | |
| SVEN MAGNUS ØEN CARLSEN A/K/A ) | |
| MAGNUS CARLSEN, et al., ) | |
| ) | |
| Defendants. ) | |

## ENTRY OF APPEARANCE

Kate Ledden, of the law firm of Husch Blackwell LLP, hereby enters her appearance on behalf of Defendant Daniel "Danny" Rensch in the above-captioned case.

Respectfully submitted,

HUSCH BLACKWELL LLP

/s/ *Kate Ledden*
Kate Ledden,  MO# 66036
190 Carondelet Plaza, Suite 600
St. Louis, MO  63105
(314) 480-1500
(314) 480-1505 (Fax)
kate.ledden@huschblackwell.com

**ATTORNEY FOR DEFENDANT
DANIEL RENSCH**

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was sent to all counsel of record via the Court's e-Filing System on the 2nd day of December, 2022.

/s/ Kate Ledden
Attorney