# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| HANS MOKE NIEMANN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 4:22-cv-01110-AGF |
| | ) |
| SVEN MAGNUS ØEN CARLSEN A/K/A MAGNUS CARLSEN, et al., | ) |
| | ) |
| Defendants. | ) |

## ENTRY OF APPEARANCE

Derek Teeter, of the law firm of Husch Blackwell LLP, hereby enters his appearance on behalf of Defendant Daniel "Danny" Rensch in the above-captioned case.

Respectfully submitted,

HUSCH BLACKWELL LLP

/s/ *Derek Teeter*
Derek Teeter                           MO# 59031
4801 Main Street, Suite 1000
Kansas City, MO  64112
(816) 983-8331
(816) 983-8080 (Fax)
derek.teeter@huschblackwell.com

**ATTORNEY FOR DEFENDANT DANIEL RENSCH**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was sent to all counsel of record via the Court's e-Filing System on the 2nd day of December, 2022.

*/s/ Derek Teeter*
Attorney