UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| HANS MOKE NIEMANN,<br><br>    Plaintiff,<br><br>  vs.<br><br>SVEN MAGNUS ØEN CARLSEN A/K/A MAGNUS CARLSEN, PLAY MAGNUS AS D/B/A PLAY MAGNUS GROUP, CHESS.COM, LLC, DANIEL RENSCH A/K/A "DANNY" RENSCH, AND HIKARU NAKAMURA,<br><br>    Defendants. | Case No. 4:22-cv-01110-AGF<br><br>Hon. Audrey G. Fleissig |

## ENTRY OF APPEARANCE

Jamie L. Wine, of the law firm of Latham & Watkins LLP, hereby enters her appearance on behalf of Defendant Daniel Rensch a/k/a "Danny" Rensch in the above-captioned case.

DATED:   December 2, 2022

                                      Respectfully Submitted,

                                      */s/ Jamie L. Wine*
                                      Jamie L. Wine (# 4529251NY)
                                      **LATHAM & WATKINS LLP**
                                      1271 Avenue of the Americas
                                      New York, NY 10020
                                      Tel: (212) 906-1200
                                      *jamie.wine@lw.com*

                                      *Counsel for Defendant Daniel "Danny" Rensch*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 2, 2022, the foregoing document was served on all counsel of record by ECF.

DATED:	December 2, 2022	*/s/ Jamie L. Wine*
Jamie L. Wine (# 4529251NY)
Attorney for Defendant Daniel "Danny" Rensch
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Tel: (212) 906-1200