## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

HANS MOKE NIEMANN,

       Plaintiff,

  vs.

SVEN MAGNUS ØEN CARLSEN A/K/A
MAGNUS CARLSEN, PLAY MAGNUS AS
D/B/A PLAY MAGNUS GROUP, CHESS.COM,
LLC, DANIEL RENSCH A/K/A "DANNY"
RENSCH, AND HIKARU NAKAMURA,

       Defendants.

Case No. 4:22-cv-01110-AGF

Hon. Audrey G. Fleissig

## ENTRY OF APPEARANCE

Nima H. Mohebbi, of the law firm of Latham & Watkins LLP, hereby enters his appearance on behalf of Defendant Daniel Rensch a/k/a "Danny" Rensch in the above-captioned case.

DATED:    December 2, 2022

    Respectfully Submitted,

    */s/ Nima H. Mohebbi*
    Nima H. Mohebbi (# 275453CA)
    **LATHAM & WATKINS LLP**
    355 S. Grand Ave., Suite 100
    Los Angeles, CA 90071
    Tel: (213) 485-1234
    *nima.mohebbi@lw.com*

    *Counsel for Defendant Daniel "Danny" Rensch*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on December 2, 2022, the foregoing document was served on all counsel of record by ECF.

DATED:        December 2, 2022        _/s/ Nima H. Mohebbi_____
Nima H. Mohebbi (# 275453CA)
Attorney for Defendant Daniel "Danny" Rensch
**LATHAM & WATKINS LLP**
355 S. Grand Ave., Suite 100
Los Angeles, CA 90071
Tel: (213) 485-1234