UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

HANS MOKE NIEMANN,

    Plaintiff,

vs.

SVEN MAGNUS ØEN CARLSEN A/K/A MAGNUS CARLSEN, PLAY MAGNUS AS D/B/A PLAY MAGNUS GROUP, CHESS.COM, LLC, DANIEL RENSCH A/K/A "DANNY" RENSCH, AND HIKARU NAKAMURA,

    Defendants.

Case No. 4:22-cv-01110-AGF

Hon. Audrey G. Fleissig

## ENTRY OF APPEARANCE

Sarah F. Mitchell, of the law firm of Latham & Watkins LLP, hereby enters her appearance on behalf of Defendant Daniel Rensch a/k/a "Danny" Rensch in the above-captioned case.

DATED:   December 2, 2022

Respectfully Submitted,

*/s/ Sarah F. Mitchell*
Sarah F. Mitchell (# 308467CA)
**LATHAM & WATKINS LLP**
355 S. Grand Ave., Suite 100
Los Angeles, CA 90071
Tel: (213) 485-1234
*sarah.mitchell@lw.com*

*Counsel for Defendant Daniel "Danny" Rensch*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 2, 2022, the foregoing document was served on all counsel of record by ECF.

DATED:     December 2, 2022          */s/ Sarah F. Mitchell*
Sarah F. Mitchell (# 308467CA)
Attorney for Defendant Daniel "Danny" Rensch
**LATHAM & WATKINS LLP**
355 S. Grand Ave., Suite 100
Los Angeles, CA 90071
Tel: (213) 485-1234