UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| HANS MOKE NIEMANN,<br><br>    Plaintiff,<br><br>vs.<br><br>SVEN MAGNUS ØEN CARLSEN A/K/A MAGNUS CARLSEN, PLAY MAGNUS AS D/B/A PLAY MAGNUS GROUP, CHESS.COM, LLC, DANIEL RENSCH A/K/A "DANNY" RENSCH, AND HIKARU NAKAMURA,<br><br>    Defendants. | Case No. 4:22-cv-01110-AGF<br><br>Hon. Audrey G. Fleissig |

## ENTRY OF APPEARANCE

Blake E. Stafford, of the law firm of Latham & Watkins LLP, hereby enters his appearance on behalf of Defendant Daniel Rensch a/k/a "Danny" Rensch in the above-captioned case.

DATED:   December 2, 2022

Respectfully Submitted,

*/s/ Blake E. Stafford*
Blake E. Stafford (# 888324775DC)
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW
Washington, D.C. 20004
Tel: (202) 637-2200
*blake.stafford@lw.com*

*Counsel for Defendant Daniel "Danny" Rensch*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 2, 2022, the foregoing document was served on all counsel of record by ECF.

DATED: December 2, 2022

*/s/ Blake E. Stafford*
Blake E. Stafford (# 888324775DC)
Attorney for Defendant Daniel "Danny" Rensch
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW
Washington, D.C. 20004
Tel: (202) 637-2200