UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| HANS MOKE NIEMANN,<br><br>    Plaintiff,<br><br>vs.<br><br>SVEN MAGNUS ØEN CARLSEN A/K/A MAGNUS CARLSEN, PLAY MAGNUS AS D/B/A PLAY MAGNUS GROUP, CHESS.COM, LLC, DANIEL RENSCH A/K/A "DANNY" RENSCH, AND HIKARU NAKAMURA,<br><br>    Defendants. | Case No. 4:22-cv-01110-AGF<br><br>**DECLARATION OF DANIEL RENSCH IN SUPPORT OF DEFENDANT DANIEL "DANNY" RENSCH'S MOTION TO DISMISS**<br><br>Hon. Audrey G. Fleissig |

I, Daniel Rensch, make this declaration in support of my motion to dismiss for lack of personal jurisdiction and for failure to state a claim, submitted herewith in the above-captioned suit. The statements made herein are based on my personal knowledge and a reasonably diligent investigation conducted to date. I hereby declare that:

1.   I have personal knowledge of the matters set forth in this declaration, and I can testify competently thereto.

2.   I am a defendant in the above-captioned suit.

3.   I have been the Chief Chess Officer ("CCO") of Chess.com, LLC ("Chess.com") since 2015. Chess.com is also a defendant in the above-captioned suit. As CCO, my duties are wide-ranging, and include but are not limited to overseeing the strategic direction and day-to-day operations of Chess.com's content and professional relations departments and Chess.com's relationships with the professional chess community. In my position as CCO, I manage over 150 Chess.com employees.

4.   I reside full-time in Draper, Utah and have since the end of 2020. Prior to that, I lived in Arizona.

5.	I perform my day-to-day responsibilities as CCO of Chess.com in Utah.  On occasion, I travel outside of Utah in order to work on professional relations for Chess.com and to manage and/or commentate on certain Chess.com or Chess.com-sponsored events.  For example, I traveled to Toronto, Canada last month to manage and commentate on Chess.com's Global Chess Championship in November of this year.

6.	I do not personally employ, nor have I ever personally employed, any individual in Missouri.

7.	I am not currently, nor have I ever been, a citizen of Missouri.  I currently have no plans to move to Missouri.

8.	I do not currently own, lease, rent, possess, or control, nor have I ever owned, leased, rented, possessed, or controlled, real or personal property or any other asset or thing of value in Missouri.

9.	I do not currently hold, nor have I ever held, a license of any kind issued by Missouri.

10.	I do not own, nor have I ever owned, any type of interest in any Missouri company or in any company that I know to have substantial operations in Missouri.

11.	I do not currently maintain, nor have I ever maintained, a bank account, safe deposit box, mailing address, post office box, or telephone listing in Missouri.

12.	Chess.com is a Delaware limited liability company with its principal place of business in Utah.

13.	Chess.com likewise does not maintain, and has never maintained, an agent or an agent authorized to accept service of process in Missouri.

14.	Any actions I have taken with respect to the day-to-day operations of Chess.com

2

were done solely for and on behalf of Chess.com to further its business, and not in my individual capacity.

15. On August 24, 2022, Chess.com announced through a statement on its website that it had submitted an offer to acquire Play Magnus Group, and that it expected it to take approximately six to eight weeks for the acquisition process to finalize. *See* https://www.chess.com/news/view/chesscom-playmagnus. I appeared on a video call with Magnus Carlsen ("Carlsen") to make this announcement, *see* https://www.youtube.com/watch?v=DP-K0mYHeD0, and a link to a recording of that video was embedded in the press release on Chess.com's website. When I participated in the video conference with Carlsen, I was not located in Missouri.

16. Plaintiff Hans Niemann ("Niemann") alleges that on September 8, 2022 I caused Chess.com's Twitter account to post a statement regarding Niemann. (Am. Compl. ("AC") ¶ 104.) When the tweet Niemann references was posted, I was not located in Missouri.

17. Niemann also alleges that I sent to the media years-old emails between myself and Grandmaster Maxim Dlugy on or around September 26, 2022. (AC ¶ 129.) I was not located in Missouri when these emails were sent.

18. On October 4, 2022, Chess.com posted a copy of a report titled "Hans Niemann Report" to its website. *See* https://www.chess.com/blog/CHESScom/hans-niemann-report. Niemann references this report prominently in his Amended Complaint. (AC ¶¶ 14, 145-162.) In my position as CCO for Chess.com, I was involved in drafting, reviewing, and finalizing the report, and in publishing this report to Chess.com's website. When this report was posted to Chess.com, I was not located in Missouri. A true and correct copy of the October 4, 2022 "Hans Niemann Report" referenced in the Amended Complaint is attached hereto as **Exhibit 1**.

19. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 2nd day of December, 2022 at Draper, Utah.

_____
Daniel Rensch

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 2, 2022, the foregoing document was served on all counsel of record by ECF.

DATED: December 2, 2022

/s/ Nima H. Mohebbi
Nima H. Mohebbi (# 275453CA)
Attorney for Defendant Daniel "Danny" Rensch
**LATHAM & WATKINS LLP**
355 S. Grand Ave., Suite 100
Los Angeles, CA 90071
Tel: (213) 485-1234