UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| HANS MOKE NIEMANN, | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) Case No: 4:22-cv-01110 |
| vs. | ) <br> ) |
| SVEN MAGNUS ØEN CARLSEN A/K/A MAGNUS CARLSEN, PLAY MAGNUS AS, D/B/A PLAY MAGNUS GROUP, CHESS.COM, LLC, DANIEL RENSCH A/K/A "DANNY" RENSCH, AND HIKARU NAKAMURA | ) <br> ) <br> ) <br> ) <br> ) <br> ) |
| Defendants. | ) <br> ) |

**<u>VERIFIED MOTION FOR ADMISSION *PRO HAC VICE*</u>**

Pursuant to Rule 12 of the local rules of the United States District Court for the Eastern District of Missouri, I, Michael J. Ryan request to be admitted *pro hac vice* to the bar of this court for the purpose of representing Defendant HIKARU NAKAMURA in this matter.

In support of this motion, I submit the following information as required by Rule 12.01(F):

1. My full name is Michael Joseph Ryan

2. I practice under the following firm name and letterhead:

    Firm Name:   Freedland Harwin Valori Ryan
    Address: 110 SE Sixth Street, Suite 2300, Fort Lauderdale, Florida 33301

    Telephone: 954-467-6400
    Fax: 954-670-2530

3. My email address is: MRyan@FHVLegal.com

4. I attended Case Western Reserve University School of Law and graduated in 1992.

5. I am a member of good standing of the Florida State Bar, No. 975990. Attached to this motion is a list of the federal bar numbers for jurisdictions in which I am a member in good standing and my certificate of Good Standing for The Florida Bar and United States District Court for the Southern District of Florida.

6. I am a member in good standing of all bars of which I am a member; I am not under suspension or disbarment from any bar; attached to this motion is a certificate of good standing in the bar of the jurisdiction in which I reside and am regularly employed as an attorney.

7. I do not reside in the Eastern District of Missouri, am not regularly employed in this district, and am not regularly engaged in the practice of law in this district.

I, Michael J. Ryan, attest under penalty of perjury the truth and accuracy of the foregoing facts, and respectfully request that this motion be granted and that I be admitted *pro hac vice* to the bar of the court to appear in the instant matter.

*/s/ Michael J. Ryan*
Michael J. Ryan (FL State Bar No. 975990)

| COURT | BAR NUMBER | ADMISSION DATE |
|---|---|---|
| Southern District of Florida (USDC) | 975990 | 7/18/1997 |
| Middle District of Florida (USDC) | 975990 | 11/20/2001 |
| 11th Circuit Court of Appeals | 975990 | 9/5/2007 |
| Northern District of Florida (USDC) | 975990 | 7/12/2006 |

Case: 4:22-cv-01110-AGF   Doc. #: 58   Filed: 12/07/22   Page: 3 of 4 PageID #: 408

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on December 7, 2022, a true and correct copy of the above and foregoing was filed through the Court's CM/ECF electronic filing system and served thereby on all parties who are registered with the Court to receive electronic filings and notices thereby.

<u>/s/ Michael J. Ryan</u>
Michael J. Ryan