

# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, FL 32399-2300**

Joshua E. Doyle
Executive Director

850/561-5600
www.FLORIDABAR.org

State of Florida    )

County of Leon     )      In Re:   0975990
Michael Joseph Ryan
Freedland Harwin Valori
110 SE 6th St Ste 2300
Fort Lauderdale, FL 33301-5055

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **May 7, 1993**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this 8th day of **November**, 2022.

*Cynthia B. Jackson*

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R10
CTM-205627

AO 136 (Rev. 10/13) Certificate of Good Standing



# UNITED STATES DISTRICT COURT
for the
## Southern District of Florida

### CERTIFICATE OF GOOD STANDING

I, **Angela E. Noble,** Clerk of the United States District Court for the Southern District of Florida,

do hereby certify that **Michael Joseph Ryan**, Florida Bar # **975990**, was duly admitted to practice in this Court on **July 18, 1997**, and is in good standing as a member of the Bar of this Court.

Dated at: **Miami, Florida** on December 05, 2022.



**Angela E. Noble**
*Court Administrator ● Clerk of Court*