# Exhibit A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

HANS MOKE NIEMANN, )
 )
    Plaintiff, )
 )
v. ) Case No.: 4:22-cv-01110-AGF
 )
SVEN MAGNUS ØEN CARLSEN A/K/A )
MAGNUS CARLSEN, et al., )
 )
    Defendants. )

## DECLARATION OF CHRISTOPHER HIKARU NAKAMURA

The undersigned declares and states as follows:

1. My name is Christopher Hikaru Nakamura. I am a chess grandmaster, online streamer, five-time U.S. Chess Champion, and the reigning World Fischer Random Chess Champion.

2. I am over twenty-one years of age, I have personal knowledge of all statements made herein, and I am fully competent to provide testimony about the same.

3. Since 2014, I have been a citizen of Florida, where I intend to remain indefinitely.

4. I was at my residence in Florida on each of the dates on which I allegedly made any of the statements attributed to me in the Amended Complaint.

5. None of the statements attributed to me as alleged in the Amended Complaint was specifically directed to Missouri.

6. I did not attend the 2022 Sinquefield Cup tournament in St. Louis, Missouri.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct as I verily believe.

Executed December 7, 2022.

Christopher Hikaru Nakamura