# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| HANS MOKE NIEMANN,<br><br>        Plaintiff,<br><br>vs.<br><br>SVEN MAGNUS ØEN CARLSEN A/K/A MAGNUS CARLSEN; PLAY MAGNUS AS, D/B/A PLAY MAGNUS GROUP; CHESS.COM, LLC; DANIEL RENSCH A/K/A "DANNY" RENSCH; AND HIKARU NAKAMURA,<br><br>        Defendants. | Case No: 4:22-cv-01110-AGF<br><br>Hon. Audrey G. Fleissig |

## DEFENDANT MAGNUS CARLSEN'S DISCLOSURE STATEMENT UNDER FEDERAL RULE OF CIVIL PROCEDURE 7.1(A)(2)

Pursuant to Rule 7.1(a)(2) of the Federal Rules of Civil Procedure, E.D. Mo. L. R. 2.09 and the Court's December 2, 2022 Memorandum and Order (ECF No. 57), Defendant Magnus Carlsen hereby names and identifies his citizenship:

Magnus Carlsen is a natural person who resides in and is a citizen of Norway.

<table>
<tr><td>Dated: December 9, 2022</td><td>Respectfully submitted,</td></tr>
<tr><td>**STINSON LLP**</td><td>**AXINN, VELTROP & HARKRIDER LLP**</td></tr>
<tr><td>J. Nicci Warr (State Bar No. 59975)<br>7700 Forsyth Blvd., Suite 1100<br>St. Louis, Missouri 63105<br>Office: 314.259.4570<br>Email: nicci.warr@stinson.com</td><td>By: /s/ Craig M. Reiser<br>Craig M. Reiser, admitted *pro hac vice*<br>Denise L. Plunkett, admitted *pro hac vice*<br>Eva H. Yung, admitted *pro hac vice*<br>114 West 47th Street<br>New York, New York 10036<br>Office: 212.728.2200<br>Fax: 212.728.2201<br>Email: creiser@axinn.com<br>　　　　dplunkett@axinn.com<br>　　　　eyung@axinn.com<br><br>John M. Tanski, admitted *pro hac vice*<br>Caroline P. Boisvert, admitted *pro hac vice*<br>90 State House Square<br>Hartford, Connecticut 06103<br>Office: 860.275.8100<br>Fax: 860.275.8101<br>Email: jtanski@axinn.com<br>　　　　cboisvert@axinn.com<br><br>*Counsel for Defendant Magnus Carlsen*</td></tr>
</table>

## <u>CERTIFCATE OF SERVICE</u>

I hereby certify that on December 9, 2022, the foregoing was filed electronically using the CM/ECF system which will automatically provide notice to all attorneys of record by electronic means.

Dated: December 9, 2022

Respectfully submitted,

**AXINN, VELTROP & HARKRIDER LLP**

By:  /s/ Craig M. Reiser
Craig M. Reiser, admitted *pro hac vice*
114 West 47th Street
New York, New York 10036
Office: 212.728.2200
Fax: 212.728.2201
Email: creiser@axinn.com

*Counsel for Defendant Magnus Carlsen*