UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI: EASTERN DIVISION

| | |
|---|---|
| HANS MOKE NIEMANN, | ) |
| *Plaintiff,* | ) CIVIL ACTION NO. 4:22-cv-01110 |
| v. | ) |
| | ) Hon. Audrey G. Fleissig |
| SVEN MAGNUS ØEN CARLSEN A/K/A MAGNUS CARLSEN, PLAY MAGNUS AS D/B/A PLAY MAGNUS GROUP, CHESS.COM, LLC, DANIEL RENSCH A/K/A "DANNY" RENSCH, AND HIKARU NAKAMURA, | ) |
| *Defendants.* | ) |

**PLAINTIFF HANS MOKE NIEMANN'S DISCLOSURE
STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

Pursuant to Fed. R. Civ. P. 7.1, E.D. Mo. Local Rule 2.09, and the Court's December 2, 2022 Memorandum and Order (ECF No. 57), Plaintiff Hans Moke Niemann hereby discloses that for the purposes of establishing jurisdiction based upon diversity of citizenship, he is a natural person who is a citizen of the State of Connecticut.

Dated: December 9, 2022

Respectfully submitted,

**THE GARTNER LAW FIRM**   **OVED & OVED LLP**

Matthew Gartner (#64320)  
220 Salt Lick Road  
St. Peters, Missouri 63376  
Tel: 636.397.2111  

  /s/ James Reilly_____  
Terrence A. Oved (admitted *pro hac vice*)  
Darren Oved (admitted *pro hac vice*)  
Andrew Urgenson (admitted *pro hac vice*)  
James Reilly (admitted *pro hac vice*)  
401 Greenwich Street  
New York, New York 10013  
Tel: 212.226.2700  

*Attorneys for Plaintiff*