## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| HANS MOKE NIEMANN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 4:22-cv-01110-AGF |
| ) | |
| SVEN MAGNUS ØEN CARLSEN A/K/A ) | |
| MAGNUS CARLSEN, et al., ) | |
| ) | |
| Defendants. ) | |

## DISCLOSURE STATEMENT OF DEFENDANT
## CHRISTOPHER HIKARU NAKAMURA

Pursuant to Rule 7.1(a)(2) of the Federal Rules of Civil Procedure and the Court's December 2, 2022 Memorandum and Order (Doc. 57), Defendant Christopher Hikaru Nakamura discloses that he is a natural person who resides in and is a citizen of the State of Florida.

Respectfully submitted,

**LEWIS RICE LLC**

Dated: December 9, 2022       By:    /s/ Neal F. Perryman
Neal F. Perryman, #43057 (MO)
Michael L. Jente, #62980 (MO)
Benjamin M. Farley #69073 (MO)
600 Washington Avenue, Suite 2500
St. Louis, Missouri 63101
Telephone: (314) 444-7661
Facsimile: (314) 612-7661
nperryman@lewisrice.com
mjente@lewisrice.com
bfarley@lewisrice.com

and

Michael J. Ryan, FL State Bar #975990*
**Admitted Pro Hac Vice*
Freedland Harwin Valori Ryan
110 SE Sixth Street, Suite 2300
Fort Lauderdale, Florida 33301
Telephone: (954) 467-6400
Facsimile: (954) 670-2530
mryan@fhvlegal.com

*Attorneys for Defendant
Christopher Hikaru Nakamura*