UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| HANS MOKE NIEMANN,<br><br>    Plaintiff,<br><br>  vs.<br><br>SVEN MAGNUS ØEN CARLSEN A/K/A MAGNUS CARLSEN, PLAY MAGNUS AS D/B/A PLAY MAGNUS GROUP, CHESS.COM, LLC, DANIEL RENSCH A/K/A "RENSCH" RENSCH, AND HIKARU NAKAMURA,<br><br>    Defendants. | Case No. 4:22-cv-01110-AGF<br><br>Hon. Audrey G. Fleissig |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT BY**
**DEFENDANT DANIEL "DANNY" RENSCH**

Pursuant to Local Rule 2.09 of the Local Rules of the United States District Court for the Eastern District of Missouri, Federal Rule of Civil Procedure 7.1, and this Court's December 2, 2022 Memorandum and Order (ECF No. 57), Defendant Daniel "Danny" Rensch makes the following disclosure:

Rensch is an individual and is a citizen of Utah.

1

| | |
|---|---|
| DATED:  December 9, 2022 | Respectfully submitted, |

*/s/ Nima H. Mohebbi*
Nima H. Mohebbi (# 275453CA)
Sarah F. Mitchell (# 308467CA)
Michael A. Hale (# 319056CA)
**LATHAM & WATKINS LLP**
355 S. Grand Ave., Suite 100
Los Angeles, CA 90071
Tel: (213) 485-1234
*nima.mohebbi@lw.com*
*sarah.mitchell@lw.com*
*michael.hale@lw.com*


*/s/ Jeffrey B. Jensen*
Jeffrey B. Jensen (# 46745MO)
Kate Ledden (# 66026MO)
**HUSCH BLACKWELL LLP**
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
Tel: (314) 480 1500
*jeff.jensen@huschblackwell.com*
*kate.ledden@huschblackwell.com*

*/s/ Jamie L. Wine*
Jamie L. Wine (# 4529251NY)
Blake E. Stafford (# 888324775DC)
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Tel: (212) 906-1200
*jamie.wine@lw.com*
*blake.stafford@lw.com*

Derek Teeter (# 59031MO)
Spencer Tolson (# 74467MO)
**HUSCH BLACKWELL LLP**
4801 Main, Suite 1000
Kansas City, MO 64112
Tel: (816) 983-8000
*derek.teeter@huschblackwell.com*
*spencer.tolson@huschblackwell.com*

*Counsel for Defendant Daniel "Danny" Rensch*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 9, 2022, the foregoing document was served on all counsel of record by ECF.

DATED:     December 9, 2022         */s/ Jeffrey B. Jensen*
Jeffrey B. Jensen (# 46745MO)
Attorney for Defendant Daniel "Danny" Rensch
Husch Blackwell LLP
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
Tel: (314) 480-1500