**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| HANS MOKE NIEMANN, | |
|     Plaintiff, | Case No. 4:22-cv-01110-AGF |
| vs. | Hon. Audrey G. Fleissig |
| SVEN MAGNUS ØEN CARLSEN A/K/A MAGNUS CARLSEN, PLAY MAGNUS AS D/B/A PLAY MAGNUS GROUP, CHESS.COM, LLC, DANIEL RENSCH A/K/A "DANNY" RENSCH, AND HIKARU NAKAMURA, | |
|     Defendants. | |

**CHESS.COM, LLC'S UNSEALED MOTION FOR SEALING**
**PURSUANT TO RULE 13.05 (FILED WITHOUT ATTACHMENTS)**

1. A sealed memorandum in support of this unsealed motion for sealing is being filed separately in connection with this motion as required by Eastern District of Missouri Local Rule 13.05A(4)(b)(i). Chess.com, LLC ("Chess.com") seeks leave to file under seal the Rule 7.1 Corporate Disclosure Statement by Defendant Chess.com, LLC. Without disclosing the information sought to be kept confidential, Chess.com's corporate disclosure lists 40 separate individuals and entities whose identification alone may be used for improper purposes and compromise Chess.com's competitive standing. Chess.com is a private company with several members, and only one these individuals and entities, Defendant Daniel "Danny" Rensch, is a party to this litigation. Mr. Rensch has already filed his own disclosure statement identifying his citizenship.

2. As detailed in the supporting memorandum, the public's interest in access to Chess.com's ownership information is minimal while the legal grounds in support of this request include the privacy interests of the non-parties as well as Chess.com's interest in protecting its "confidential and competitively sensitive information." *See, e.g., IDT Corp. v. eBay*, 709 F.3d

1

1220, 1223-24 (8th Cir. 2013).

3. The duration of this request is indefinite because neither the privacy interests of the individuals and entities nor the proprietary and sensitive nature of their disclosure will diminish over time.

DATED:   December 9, 2022                              Respectfully Submitted,

*/s/ Nima H. Mohebbi*
Nima H. Mohebbi (# 275453CA)
Sarah F. Mitchell (# 308467CA)
Michael A. Hale (# 319056CA)
**LATHAM & WATKINS LLP**
355 S. Grand Ave., Suite 100
Los Angeles, CA 90071
Tel: (213) 485-1234
*nima.mohebbi@lw.com*
*sarah.mitchell@lw.com*
*michael.hale@lw.com*

*/s/ Jeffrey B. Jensen*
Jeffrey B. Jensen (# 46745MO)
Kate Ledden (# 66026MO)
**HUSCH BLACKWELL LLP**
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
Tel: (314) 480 1500
*jeff.jensen@huschblackwell.com*
*kate.ledden@huschblackwell.com*

*/s/ Jamie L. Wine*
Jamie L. Wine (# 4529251NY)
Blake E. Stafford (# 888324775DC)
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Tel: (212) 906-1200
*jamie.wine@lw.com*
*blake.stafford@lw.com*

Derek Teeter (# 59031MO)
Spencer Tolson (# 74467MO)
**HUSCH BLACKWELL LLP**
4801 Main, Suite 1000
Kansas City, MO 64112
Tel: (816) 983-8000
*derek.teeter@huschblackwell.com*
*spencer.tolson@huschblackwell.com*

*Counsel for Defendant Chess.com, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 9, 2022, the foregoing document was served on all counsel of record by ECF and electronic mail.

DATED: December 9, 2022

*/s/ Jeffrey B. Jensen*
Jeffrey B. Jensen (# 46745MO)
Attorney for Defendant Chess.com, LLC
Husch Blackwell LLP
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
Tel: (314) 480-1500