**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| HANS MOKE NIEMANN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Case No. 4:22-cv-01110-AGF |
| SVEN MAGNUS ØEN CARLSEN A/K/A | ) | |
| MAGNUS CARLSEN, PLAY MAGNUS AS | ) | |
| D/B/A PLAY MAGNUS GROUP, | ) | |
| CHESS.COM, LLC, DANIEL RENSCH | ) | |
| A/K/A "DANNY" RENSCH, AND HIKARU | ) | |
| NAKAMURA, | ) | |
| | ) | |
| Defendants. | ) | |

**ENTRY OF APPEARANCE**

Jacob R. Schlueter of Stinson LLP hereby enters his appearance on behalf of Defendant Magnus Carlsen in the above-captioned matter.

Respectfully submitted

By */s/ Jacob R. Schlueter*
Jacob R. Schlueter, 73929MO
STINSON LLP
7700 Forsyth Blvd., Suite 1100
St. Louis, MO 63105
Tel: 314.863.0800
Fax: 314.259.3960
jacob.schlueter@stinson.com

*Attorney for Defendant Magnus Carlsen*

CORE/3526794.0002/178805300.1

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that a copy of the foregoing document was served via the Court's electronic filing system this 12th day of December, 2022, on all attorneys of record.

<u>/s/ Jacob R. Schlueter</u>
*Attorney for Defendant Magnus Carlsen*

CORE/3526794.0002/178805300.1