UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| HANS MOKE NIEMANN,<br><br>        Plaintiff,<br><br>vs.<br><br>SVEN MAGNUS ØEN CARLSEN A/K/A MAGNUS CARLSEN; PLAY MAGNUS AS, D/B/A PLAY MAGNUS GROUP; CHESS.COM, LLC; DANIEL RENSCH A/K/A "DANNY" RENSCH; AND HIKARU NAKAMURA,<br><br>        Defendants. | Case No: 4:22-cv-01110-AGF<br><br>Hon. Audrey G. Fleissig |

**DEFENDANTS MAGNUS CARLSEN, CHESS.COM, LLC,
AND HIKARU NAKAMURA'S MOTION FOR LEAVE TO FILE
<u>MOTIONS TO DISMISS IN EXCESS OF LOCAL RULE PAGE LIMITATION</u>**

Pursuant to E.D. Mo. L.R. 4.01(D), Defendants Magnus Carlsen, Chess.com, LLC ("Chess.com") and Hikaru Nakamura (collectively, "Defendants") move for leave to file separate Motions to Dismiss in excess of the fifteen (15) page limit set by the Local Rules. In support of this motion, Defendants state as follows:

1. E.D. Mo. L.R. 4.01(D) states that parties may not file motions, memoranda, or briefs in excess of fifteen (15) pages, exclusive of signature pages and attachments, without the Court's leave.

2. Defendants plan to respond to Plaintiff Hans Niemann's Second Amended Complaint, ECF No. 75 (the "Second Amended Complaint") by filing separate Motions.

3. Niemann's fifty-seven page Second Amended Complaint asserts seven causes of action and includes over 250 paragraphs of allegations.

4. To fully address the deficiency of the legal claims and theories set forth in

Niemann's Second Amended Complaint, Defendants respectfully request that this Court grant leave for each of them to exceed the 15-page limit as set forth herein.

5. Specifically, (i) Carlsen and Chess.com request the Court's leave to file separate, non-duplicative opening briefs of no more than thirty (30) pages in support of their respective forthcoming Motions; and (ii) Nakamura requests the Court's leave to file a separate non-duplicative opening brief of no more than twenty (20) pages in support of his forthcoming Motion.

6. This Court previously granted Carlsen and Chess.com an enlargement of the page limitation in connection with their motions to dismiss Niemann's Amended Complaint, ECF No. 20, that permitted Carlsen and Chess.com to file non-duplicative opening briefs of no more than twenty-five (25) pages.  *See* ECF No. 37.  The additional pages requested herein by Defendants are to address the new legal claims and allegations that Niemann has added to his Second Amended Complaint.

7. The undersigned counsel for Defendants inquired as to whether counsel for Niemann opposed this request and counsel for Niemann indicated he opposes this request. Defendants' counsels' correspondence with counsel for Niemann is attached as Exhibit A.

| | |
|---|---|
| DATED: January 12, 2023 | Respectfully submitted, |
| **STINSON LLP** | **AXINN, VELTROP & HARKRIDER LLP** |
| J. Nicci Warr (State Bar No. 59975)<br>7700 Forsyth Blvd., Suite 1100<br>St. Louis, MO 63105<br>Office: 314.259.4570<br>Email: nicci.warr@stinson.com | By: /s/ Craig M. Reiser<br>Craig M. Reiser, admitted *pro hac vice*<br>Denise L. Plunkett, admitted *pro hac vice*<br>Eva H. Yung, admitted *pro hac vice*<br>114 West 47th Street<br>New York, New York 10036<br>Office: 212.728.2200<br>Fax: 212.728.2201<br>Email: creiser@axinn.com<br>  dplunkett@axinn.com<br>  eyung@axinn.com<br><br>John M. Tanski, admitted *pro hac vice*<br>Caroline P. Boisvert, admitted *pro hac vice*<br>90 State House Square<br>Hartford, CT 06103<br>Office: 860.275.8100<br>Fax: 860.275.8101<br>Email: jtanski@axinn.com<br>  cboisvert@axinn.com |

*Counsel for Defendant Magnus Carlsen*

3

| **HUSCH BLACKWELL LLP** | **LATHAM & WATKINS LLP** |
|---|---|
| | /s/ Nima H. Mohebbi |
| Derek Teeter          MO# 59031 | Nima H. Mohebbi, admitted *pro hac vice* |
| Spencer Tolson        MO# 74467 | Sarah F. Mitchell, admitted *pro hac vice* |
| HUSCH BLACKWELL LLP | Michael A. Hale, admitted *pro hac vice* |
| 4801 Main Street, Suite 1000 | LATHAM & WATKINS LLP |
| Kansas City, MO 64112 | 355 S. Grand Ave., Suite 100 |
| (816) 983-8000 | Los Angeles, CA 90071 |
| (816) 983-8080 (Fax) | Tel: (213) 485-1234 |
| derek.teeter@huschblackwell.com | nima.mohebbi@lw.com |
| spencer.tolson@huschblackwell.com | sarah.mitchell@lw.com |
| | michael.hale@lw.com |
| Jeffrey B. Jensen     MO# 46745 | Jamie L. Wine, admitted *pro hac vice* |
| Kate Ledden           MO# 66036 | LATHAM & WATKINS LLP |
| 190 Carondelet Plaza, Suite 600 | 1271 Avenue of the Americas |
| St. Louis, MO 63105 | New York, NY 10020 |
| (314) 480-1500 | Tel: (212) 906-1200 |
| (314) 480-1505 (Fax) | jamie.wine@lw.com |
| jeff.jensen@huschblackwell.com | |
| kate.ledden@huschblackwell.com | Blake E. Stafford, admitted *pro hac vice* |
| | LATHAM & WATKINS LLP |
| | 555 Eleventh Street, NW, Suite 1000 |
| | Washington, D.C. 20004 |
| | Tel: (202) 637-2200 |
| | blake.stafford@lw.com |

*Counsel for Defendant Chess.com, LLC*

**LEWIS RICE LLC**

By: /s/ Neal F. Perryman
Neal F. Perryman, #43057 (MO)
Michael L. Jente, #62980 (MO)
Benjamin M. Farley, #69073 (MO)
600 Washington Avenue, Suite 2500
St. Louis, Missouri 63101
Telephone:  (314) 444-7661
Facsimile:  (314) 612-7661
nperryman@lewisrice.com
mjente@lewisrice.com
bfarley@lewisrice.com

and

Michael J. Ryan, FL State Bar #975990*
*Admitted PHV
Freedland Harwin Valori Ryan
110 SE Sixth Street, Suite 2300
Fort Lauderdale, Florida 33301
Telephone: (954) 467-6400
Facsimile: (954) 670-2530
mryan@fhvlegal.com

*Counsel for Defendant Christopher Hikaru Nakamura*

5