# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| HANS MOKE NIEMANN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:22-cv-01110-AGF |
| | ) |
| SVEN MANGUS OEN CARLSEN, et. al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on the motion of Defendants Carlsen, Chess.com, LLC, and Nakamura for leave to file separate motions to dismiss in excess of the fifteen page limit the Local Rules sets.  (Doc. No. 76).  For good cause shown, the Court will grant the motion over Plaintiff's objection.  *See* (Doc. No. 77).  To the extent that Plaintiff believes he will need additional time or additional pages for his response, he is free to file an appropriate motion at that time.

Accordingly,

**IT IS HEREBY ORDERED** that the motion of Defendants Carlsen, Chess.com, LLC, and Nakamura for leave to file motions to dismiss in excess pages, (Doc. No. 76), is **GRANTED**.

Dated this 13th day of January, 2023.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE