**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| HANS MOKE NIEMANN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:22-cv-01110-AGF |
| | ) | |
| SVEN MANGUS OEN CARLSEN, et. al., | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM AND ORDER**

Defendant Chess.com previously requested leave to file its corporate disclosure statement under seal. (Doc. No. 67). Since that time, the Court entered its order limiting the extent of Chess.com's disclosure required to HoldCo. (Doc. No. 74).

Accordingly,

**IT IS HEREBY ORDERED** that on or before **January 26, 2023**, Chess.com shall advise whether it still seeks to file the disclosure under seal, and if so, the continued need to file the disclosure under seal.

Dated this 19th day of January, 2023.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE