## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| HANS MOKE NIEMANN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:22-cv-01110-AGF |
| | ) | |
| SVEN MAGNUS OEN CARLSEN, et. al., | ) | |
| | ) | |
| Defendants. | ) | |

## <u>ORDER</u>

This case is before the Court on the response of Defendant Chess.com, LLC ("Chess.com") to the Court's January 19, 2023 order directing Chess.com to indicate whether it still intended to file its corporate disclosures under seal.  (Doc. No. 93).  On January 3, 2023, the Court ordered Chess.com to provide its corporate disclosure pursuant to Federal Rule of Civil Procedure 7.1.  (Doc. No. 74).  However, as the Court is not hearing this case on the basis of diversity jurisdiction, it also allowed Chess.com to limit its disclosure statement to other Limited Liability Companies ("LLC"): Checkmate Intermediate Holdings, LLC, and its sole member Chess Holdings, LLC ("HoldCo").  *Id.* at 3-4.

In Chess.com's January 26, 2023 response to the Court's order, it offers to limit its disclosure statement to Checkmate Intermediate Holdings, LLC, and HoldCo. (Doc. No. 93).  As this complies with the Court's order at (Doc. No. 74), the Court accepts this disclosure.  Furthermore, Chess.com states that it does not intend to pursue its motion for

leave to file under seal if this disclosure is sufficient.  *See* (Doc. No. 67).  The Court therefore finds that this motion is now moot.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant Chess.com, LLC's may file its proposed disclosure statement at (Doc. No. 93-1) on or before **February 3, 2023.**

**IT IS FURTHER ORDERED** that Defendant Chess.com, LLC's motion for leave to file under seal, (Doc. No. 67), is **DENIED as MOOT**.


_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 27th day of January, 2023.

2