UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| HANS MOKE NIEMANN,<br><br>    Plaintiff,<br><br>vs.<br><br>SVEN MAGNUS ØEN CARLSEN A/K/A MAGNUS CARLSEN, PLAY MAGNUS AS D/B/A PLAY MAGNUS GROUP, CHESS.COM, LLC, DANIEL RENSCH A/K/A "RENSCH" RENSCH, AND HIKARU NAKAMURA,<br><br>    Defendants. | Case No. 4:22-cv-01110-AGF |

**AMENDED RULE 7.1 CORPORATE DISCLOSURE STATEMENT BY
<u>DEFENDANT CHESS.COM, LLC</u>**

Pursuant to Local Rule 2.09 of the Local Rules of the United States District Court for the Eastern District of Missouri, Federal Rule of Civil Procedure 7.1, and this Court's January 27, 2023 Order (ECF No. 94), Defendant Chess.com, LLC ("Chess.com") makes the following disclosures:

1.    Chess.com is a Delaware limited liability company, and no publicly held corporation owns 10% or more of its stock.

2.    Chess.com's sole member is Checkmate Intermediate Holdings LLC, which is a Delaware limited liability company.  Checkmate Intermediate Holdings, LLC's sole member is Chess Holdings, LLC, which is a Delaware limited liability company.

DATED:  January 31, 2023

*/s/ Nima H. Mohebbi*
Nima H. Mohebbi (# 275453CA)
Sarah F. Mitchell (# 308467CA)
Michael A. Hale (# 319056CA)
**LATHAM & WATKINS LLP**
355 S. Grand Ave., Suite 100
Los Angeles, CA 90071
Tel: (213) 485-1234
*nima.mohebbi@lw.com*
*sarah.mitchell@lw.com*
*michael.hale@lw.com*


*/s/ Jeffrey B. Jensen*
Jeffrey B. Jensen (# 46745MO)
Kate Ledden (# 66026MO)
**HUSCH BLACKWELL LLP**
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
Tel: (314) 480 1500
*jeff.jensen@huschblackwell.com*
*kate.ledden@huschblackwell.com*

Respectfully submitted,

*/s/ Jamie L. Wine*
Jamie L. Wine (# 4529251NY)
Blake E. Stafford (# 888324775DC)
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Tel: (212) 906-1200
*jamie.wine@lw.com*
*blake.stafford@lw.com*

Derek Teeter (# 59031MO)
Spencer Tolson (# 74467MO)
**HUSCH BLACKWELL LLP**
4801 Main, Suite 1000
Kansas City, MO 64112
Tel: (816) 983-8000
*derek.teeter@huschblackwell.com*
*spencer.tolson@huschblackwell.com*

*Counsel for Defendant Chess.com, LLC*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 31, 2023, the foregoing document was served on all counsel of record by ECF.

DATED:	January 31, 2023	*/s/ Jeffrey B. Jensen*
Jeffrey B. Jensen (# 46745MO)
Attorney for Defendant Chess.com, LLC
Husch Blackwell LLP
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
Tel: (314) 480-1500