UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI: EASTERN DIVISION

| | | |
|---|---|---|
| HANS MOKE NIEMANN, | ) | |
| | ) | |
| *Plaintiff,* | ) | CIVIL ACTION NO. 4:22-CV-01110 |
| | ) | |
| v. | ) | |
| | ) | |
| SVEN MAGNUS ØEN CARLSEN A/K/A | ) | |
| MAGNUS CARLSEN, PLAY MAGNUS | ) | |
| AS D/B/A PLAY MAGNUS GROUP, | ) | |
| CHESS.COM, LLC, DANIEL RENSCH | ) | |
| A/K/A "DANNY" RENSCH, AND | ) | |
| HIKARU NAKAMURA, | ) | |
| | ) | |
| *Defendants.* | ) | |

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiff Hans Moke Niemann appeals to the United States

Court of Appeals for the Eighth Circuit from the Memorandum and Order entered in this action on

January 3, 2023.  An interlocutory appeal from the Memorandum and Order is proper under the

collateral order doctrine.  *Krout v. Goemmer*, 583 F.3d 557, 564 (8th Cir. 2009).

Dated: New York, New York
      February 1, 2023

*s/Andrew J. Urgenson*
Terrence A. Oved, Esq.
(admitted *pro hac vice)*
Darren Oved, Esq.
(admitted *pro hac vice)*
Andrew Urgenson, Esq.
(admitted *pro hac vice)*
James Reilly, Esq.
(admitted *pro hac vice)*
OVED & OVED LLP
*Attorneys for Plaintiff*
401 Greenwich Street
New York, New York 10013
Tel: 212.226.2700

1

*and*

Matthew Gartner, Esq. (#64320)
THE GARTNER LAW FIRM
*Attorneys for Plaintiff*
220 Salt Lick Road
St. Peters, Missouri 63376
Tel: 636.397.2111
matthew@gartnerlawfirm.com