# United States Court of Appeals
## For The Eighth Circuit

Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

February 06, 2023

Mr. Terrence A. Oved
OVED & OVED
Fourth Floor
401 Greenwich Street
New York, NY  10013

RE:  23-2216  Hans Niemann v. Sven Carlsen, et al

Dear Counsel:

The district court clerk has transmitted a notice of appeal and docket entries in this matter, and we have docketed them under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A. Sample briefs may be obtained by contacting the St. Louis Clerk's office.

Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

If you have any questions about the schedule or procedures for the case, please contact our office.

                      Michael E. Gans
                      Clerk of Court

AEV

Enclosure(s)

cc:    Ms. Caroline Boisvert
      Mr. Benjamin M. Farley
      Mr. Matthew Gartner
      Mr. Michael A. Hale
      Mr. Jeffrey B. Jensen
      Mr. Michael L Jente
      Ms. Kate Ledden
      Mr. Gregory J. Linhares
      Ms. Sarah F. Mitchell
      Mr. Nima Mohebbi
      Mr. Darren Oved
      Mr. Neal F. Perryman
      Denise Lynne Plunkett
      Mr. James Reilly
      Mr. Craig Matthew Reiser
      Mr. Michael J. Ryan
      Mr. Jacob Richard Schlueter
      Mr. Blake Stafford
      Mr. John M. Tanski
      Mr. Derek T. Teeter
      Mr. Spencer Tolson
      Mr. Andrew J. Urgenson
      Ms. Jaclyn Niccole Warr
      Ms. Jamie Wine
      Eva Yung

    District Court/Agency Case Number(s):   4:22-cv-01110-AGF

**Caption For Case Number:   23-2216**

Hans Moke Niemann

        Plaintiff - Appellant

v.

Sven Magnus Oen Carlsen, also known as Magnus Carlsen; Play Magnus AS, doing business as Play Magnus Group; Chess.com, LLC; Daniel Rensch, also known as Danny Rensch; Hikaru Nakamura

        Defendants - Appellees

**Addresses For Case Participants:   23-2216**

Mr. Terrence A. Oved
OVED & OVED
Fourth Floor
401 Greenwich Street
New York, NY  10013

Ms. Caroline Boisvert
AXINN & VELTROP
90 State House Square
Hartford, CT  06103-3702

Mr. Benjamin M. Farley
LEWIS & RICE
Suite 2500
600 Washington Avenue
Saint Louis, MO  63101

Mr. Matthew Gartner
GARTNER LAW FIRM
220 Salt Lick Road
Saint Peters, MO  63376

Mr. Michael A. Hale
LATHAM & WATKINS
355 S. Grand Avenue
Los Angeles, CA  90071-2007

Mr. Jeffrey B. Jensen
HUSCH & BLACKWELL
Suite 600
190 Carondelet Plaza
Saint Louis, MO  63105-3441

Mr. Michael L Jente
LEWIS & RICE
Suite 2500
600 Washington Avenue
Saint Louis, MO  63101

Ms. Kate Ledden
HUSCH & BLACKWELL
Suite 600
190 Carondelet Plaza
Saint Louis, MO  63105-3441

Mr. Gregory J. Linhares
U.S. DISTRICT COURT
Eastern District of Missouri
111 S. Tenth Street
Saint Louis, MO  63102-0000

Ms. Sarah F. Mitchell
LATHAM & WATKINS
355 S. Grand Avenue
Los Angeles, CA  90071-2007

Mr. Nima Mohebbi
LATHAM & WATKINS
355 S. Grand Avenue
Los Angeles, CA  90071-2007

Mr. Darren Oved
OVED & OVED
Fourth Floor
401 Greenwich Street
New York, NY  10013

Mr. Neal F. Perryman
LEWIS & RICE
Suite 2500
600 Washington Avenue
Saint Louis, MO  63101

Denise Lynne Plunkett
AXINN
22nd Floor
114 W. 47th Street
New York, NY  10036

Mr. James Reilly
OVED & OVED
Fourth Floor
401 Greenwich Street
New York, NY  10013

Mr. Craig Matthew Reiser
AXINN
22nd Floor
114 W. 47th Street
New York, NY  10036

Mr. Michael J. Ryan
FREEDLAND & HARWIN
Suite 2300
110 S.E. Sixth Street
Fort Lauderdale, FL  33301-3434

Mr. Jacob Richard Schlueter
STINSON LLP
Suite 1100
7700 Forsyth Boulevard
Saint Louis, MO  63105

Mr. Blake Stafford
LATHAM & WATKINS
Suite 1000
555 11th Street, N.W.
Washington, DC  20004-1304

Mr. John M. Tanski
AXINN & VELTROP
90 State House Square
Hartford, CT  06103-3702

Mr. Derek T. Teeter
HUSCH & BLACKWELL
Suite 1000
4801 Main Street
Kansas City, MO  64112

Mr. Spencer Tolson
HUSCH & BLACKWELL
Suite 600
190 Carondelet Plaza
Saint Louis, MO  63105-3441

Mr. Andrew J. Urgenson
OVED & OVED
Fourth Floor
401 Greenwich Street
New York, NY  10013

Ms. Jaclyn Niccole Warr
STINSON LLP
Suite 1100
7700 Forsyth Boulevard
Saint Louis, MO  63105

Ms. Jamie Wine
LATHAM & WATKINS
1271 Avenue of the Americas
New York, NY  10020

Eva Yung
AXINN
22nd Floor
114 W. 47th Street
New York, NY  10036