# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

February 08, 2023

Mr. Terrence A. Oved
OVED & OVED
Fourth Floor
401 Greenwich Street
New York, NY  10013

    RE:  23-1218  Hans Niemann v. Sven Carlsen, et al

Dear Counsel:

Due to a sequencing error with our case numbering system, **your case number has been reassigned from 23-2216 to 23-1218 for this appeal.** Please use the new case number when filing future correspondence and pleadings.

We apologize for any confusion this may cause. Should you require additional assistance, please do not hesitate to contact our office.

    Michael E. Gans
    Clerk of Court

AEV

Enclosure(s)

cc:    Ms. Caroline Boisvert
      Mr. Benjamin M. Farley
      Mr. Matthew Gartner
      Mr. Michael A. Hale
      Mr. Jeffrey B. Jensen
      Mr. Michael L Jente
      Ms. Katherine Bumb Ledden
      Mr. Gregory J. Linhares
      Ms. Sarah F. Mitchell
      Mr. Nima Mohebbi
      Mr. Darren Oved
      Mr. Neal F. Perryman

Ms. Denise Lynne Plunkett
Mr. James Reilly
Mr. Craig Matthew Reiser
Mr. Michael J. Ryan
Mr. Jacob Richard Schlueter
Mr. Blake E. Stafford
Mr. John M. Tanski
Mr. Derek T. Teeter
Mr. Spencer Aaron Tolson
Mr. Andrew J. Urgenson
Ms. Jaclyn Niccole Warr
Ms. Jamie Wine
Ms. Eva Yung

District Court/Agency Case Number(s):   4:22-cv-01110-AGF