UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| HANS MOKE NIEMANN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:22-cv-01110-AGF |
| | ) | |
| SVEN MAGNUS OEN CARLSEN, et. al., | ) | |
| | ) | |
| Defendants. | ) | |

# **ORDER**

This case is before the Court on review of the record. On January 3, 2023, the Court granted the motion of Defendant Chess.com, LLC ("Chess.com") to limit its corporate disclosure statement to Chess Holdings, LLC, though that limited liability company is, itself, comprised of numerous other members or partners. (Doc. No. 74). The Court further found that, in these circumstances, it was impossible to determine whether diversity jurisdiction over this case exists, and that it would therefore hear this case on the basis of federal-question and supplemental jurisdiction. *Id*.

Plaintiff filed a motion for jurisdictional discovery on January 30, 2023, asking that the Court either permit jurisdictional discovery into Chess.com's membership, or amend its order finding no diversity jurisdiction so that Plaintiff could appeal it. (Doc. No. 95). On February 1, 2023, Plaintiff also filed a notice of appeal as to that order. (Doc. No. 97). A notice of appeal divests the Court of jurisdiction over matters directly related to that appealed, though the Court may still consider matters "tangential" to the

1

appeal.  *See Mills Lacs Band of Ojibwe v. County of Mille Lacs, Minnesota*, Case No. 17-cv-05155 (SRN/LIB), 2021 WL 1400069, at *2 (D. Minn. Apr. 14, 2021) (internal citations omitted).

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff shall advise the Court as to whether he is still pursuing his motion for jurisdictional discovery, and if so, advising whether the Court has jurisdiction over this matter in light of his interlocutory appeal, on or before **February 21, 2023**.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 13th day of February, 2023.

2