UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| HANS MOKE NIEMANN, | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) Case No: 4:22-cv-01110 |
| vs. | ) <br> ) |
| SVEN MAGNUS ØEN CARLSEN A/K/A MAGNUS CARLSEN, PLAY MAGNUS AS, D/B/A PLAY MAGNUS GROUP, CHESS.COM, LLC, DANIEL RENSCH A/K/A "DANNY" RENSCH, AND HIKARU NAKAMURA | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |
| Defendants. | ) |

**<u>VERIFIED MOTION FOR ADMISSION *PRO HAC VICE*</u>**

Pursuant to Rule 12 of the local rules of the United States District Court for the Eastern District of Missouri, I, JENNIFER R. PIERCE hereby request to be admitted *pro hac vice* to the bar of this court for the purpose of representing Plaintiff Hans Moke Niemann in this matter

In support of this motion, I submit the following information as required by Rule 12.01(F):

1. My full name is:     Jennifer Rose Pierce

2. I practice under the following firm name and letterhead:

    Firm Name:  OVED & OVED LLP
    Address:    401 Greenwich Street
                New York NY 10013
    Telephone:  212.226.2700
    Fax:        212.226.7555

3. My email address is:         jpierce@oved.com

4. I attended **Benjamin N. Cardozo School of Law** and graduated in 2019.

5. I am a member in good standing of the bars of the following jurisdictions:

| Jurisdiction | Year Admitted | Bar Number |
|---|---|---|
| New York State | 2020 | 5753959 |
| S.D.N.Y. | 2020 | 5753959 |
| S.D.N.Y. Bankruptcy | 2020 | 5753959 |
| E.D.N.Y. | 2020 | 5753959 |

6. I am a member in good standing of all bars of which I am a member; I am not under suspension or disbarment from any bar; attached to this motion is a certificate of good standing in the bar of the jurisdiction in which I reside and am regularly employed as an attorney.

7. I do not reside in the Eastern District of Missouri, am not regularly employed in this district, and am not regularly engaged in the practice of law in this district.

I, Jennifer R. Pierce, attest under penalty of perjury the truth and accuracy of the foregoing facts, and respectfully request that this motion be granted and that I be admitted *pro hac vice* to the bar of the court to appear in the instant matter.

Jennifer R. Pierce (N.Y. State Bar No. 5753959)

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 23, 2023, a true and correct copy of the above and foregoing was filed through the Court's CM/ECF electronic filing system and served thereby on all parties who are registered with the Court to receive electronic filings and notices thereby.

*/s/ Jennifer R. Pierce*