# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

___JENNIFER  ROSE  PIERCE___ , Bar # ___5753959___

was duly admitted to practice in the Court on

___August 04, 2020___

and is in good standing as a member of the Bar of this Court

Dated at    500 Pearl St.    On    ___February 24, 2023___
New York, New York

___Ruby J. Krajick___    By    ___s/ S. Gonzalez___
Clerk of Court                  Deputy Clerk