UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

_____

No: 23-1218
_____

Hans Moke Niemann

    Plaintiff - Appellant

v.

Sven Magnus Oen Carlsen, also known as Magnus Carlsen; Play Magnus AS, doing business as Play Magnus Group; Chess.com, LLC; Daniel Rensch, also known as Danny Rensch; Hikaru Nakamura

    Defendants - Appellees

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:22-cv-01110-AGF)

_____

## JUDGMENT

Before LOKEN, STRAS, and KOBES, Circuit Judges.

    The motion of appellee for dismissal of this appeal for lack of jurisdiction is granted. The appeal is hereby dismissed.

    The motion for damages and costs under Federal Rule of Appellate Procedure 38 is denied.

March 06, 2023

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
    /s/ Michael E. Gans

# United States Court of Appeals
## *For The Eighth Circuit*

Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

March 06, 2023

Mr. Andrew J. Urgenson
OVED & OVED
Fourth Floor
401 Greenwich Street
New York, NY  10013

      RE:  23-1218  Hans Niemann v. Sven Carlsen, et al

Dear Counsel:

      Enclosed is a copy of the dispositive order in the referenced appeal. Please note that FRAP 40 of the Federal Rules of Appellate Procedure requires any petition for rehearing to be filed within 14 days after entry of judgment. Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. This court strictly enforces the 14-day period. **No grace period for mailing is granted** for pro-se-filed petitions. A petition for rehearing or a motion for an extension of time must be filed with the Clerk's office within the 14-day period.

                            Michael E. Gans
                            Clerk of Court

AT

Enclosure(s)

cc:	Ms. Caroline Boisvert	Mr. Craig Matthew Reiser
	Mr. Benjamin M. Farley	Mr. James Thomas Reilly
	Mr. Matthew Gartner	Mr. Michael J. Ryan
	Mr. Michael A. Hale	Mr. Jacob Richard Schlueter
	Mr. Jeffrey B. Jensen	Mr. Blake E. Stafford
	Mr. Michael L Jente	Mr. John M. Tanski
	Mr. Andrew Lawrence Kincaid	Mr. Derek T. Teeter
	Ms. Katherine Bumb Ledden	Mr. Spencer Aaron Tolson
	Mr. Gregory J. Linhares	Ms. Jaclyn Niccole Warr
	Ms. Sarah F. Mitchell	Ms. Jamie L. Wine
	Mr. Nima Mohebbi	Ms. Eva Yung
	Mr. Darren Oved
	Mr. Terrence A. Oved
	Mr. Neal F. Perryman
	Ms. Denise Lynne Plunkett

    District Court/Agency Case Number(s):   4:22-cv-01110-AGF