**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| HANS MOKE NIEMANN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 4:22-cv-01110-AGF |
| | ) |
| SVEN MAGNUS OEN CARLSEN, et. al, | ) |
| | ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on review of the record. On October 20, 2022, Plaintiff first brought suit against all defendants. (Doc. No. 1). He then filed his First Amended Complaint on November 22, 2022. (Doc. No. 20). Defendants filed various motions to dismiss shortly thereafter. *See* (Doc. No. 43, 46, 54, and 60). However, Plaintiff then filed his Second Amended Complaint on January 10, 2023. (Doc. No. 75). Defendants have each filed new motions to dismiss the Second Amended Complaint. *See* (Doc. No. 81, 83, 86 and 89). Those motions are fully briefed and are now pending before the Court. Defendants' motions to dismiss the First Amended Complaint are therefore moot.

Accordingly,

**IT IS HEREBY ORDERED** that the Defendants' motions to dismiss the First Amended Complaint are **DENIED** as **MOOT**.  (Doc. No. 43, 46, 54, 60).

Dated this 31st day of March, 2023.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE