**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| HANS MOKE NIEMANN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 4:22-cv-01110-AGF |
| | ) | |
| | ) | |
| SVEN MAGNUS ØEN CARLSEN A/K/A | ) | |
| MAGNUS CARLSEN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ENTRY OF APPEARANCE

Kate Ledden, of the law firm of Husch Blackwell LLP, hereby enters her appearance on behalf of Defendant Play Magnus AS d/b/a Play Magnus Group in the above-captioned case.

Respectfully submitted,

HUSCH BLACKWELL LLP

/s/ *Kate Ledden*
Kate Ledden, MO# 66036
8001 Forsyth Boulevard, Suite 1500
St. Louis, MO  63105
(314) 480-1500
(314) 480-1505 (Fax)
kate.ledden@huschblackwell.com

**ATTORNEY FOR DEFENDANT**
**PLAY MAGNUS AS**
**d/b/a PLAY MAGNUS GROUP**

1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was sent to all counsel of record via the Court's e-Filing System on the 11th day of April, 2023.

> */s/ Kate Ledden*
> Attorney