UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| HANS MOKE NIEMANN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | Case No.: 4:22-cv-01110-AGF |
| ) | |
| ) | |
| SVEN MAGNUS ØEN CARLSEN A/K/A ) | |
| MAGNUS CARLSEN, et al., ) | |
| ) | |
| Defendants. ) | |

## ENTRY OF APPEARANCE

Jeffrey B. Jensen, of the law firm of Husch Blackwell LLP, hereby enters his appearance on behalf of Defendant Play Magnus AS d/b/a Play Magnus Group in the above-captioned case.

Respectfully submitted,

HUSCH BLACKWELL LLP

/s/ *Jeffrey B. Jensen*
Jeffrey B. Jensen, MO# 46745
8001 Forsyth Boulevard, Suite 1500
St. Louis, MO  63105
(314) 345-6464
(314) 480-1505 (Fax)
jeff.jensen@huschblackwell.com

**ATTORNEY FOR DEFENDANT**
**PLAY MAGNUS AS**
**d/b/a PLAY MAGNUS GROUP**

1

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was sent to all counsel of record via the Court's e-Filing System on the 11th day of April, 2023.

/s/ Jeffrey B. Jensen
Attorney