**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| HANS MOKE NIEMANN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 4:22-cv-01110-AGF |
| ) | |
| ) | |
| SVEN MAGNUS ØEN CARLSEN A/K/A ) | |
| MAGNUS CARLSEN, et al., ) | |
| ) | |
| Defendants. ) | |

## ENTRY OF APPEARANCE

Derek Teeter, of the law firm of Husch Blackwell LLP, hereby enters his appearance on behalf of Defendant Play Magnus AS d/b/a Play Magnus Group in the above-captioned case.

Respectfully submitted,

HUSCH BLACKWELL LLP

/s/ *Derek Teeter*
Derek Teeter, MO# 59031
4801 Main Street, Suite 1000
Kansas City, MO  64112
(816) 983-8331
(816) 983-8080 (Fax)
derek.teeter@huschblackwell.com

**ATTORNEY FOR DEFENDANT**
**PLAY MAGNUS AS**
**d/b/a Play Magnus Group**

1

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was sent to all counsel of record via the Court's e-Filing System on the 11th day of April, 2023.

/s/ Derek Teeter
Attorney