**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| HANS MOKE NIEMANN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 4:22-cv-01110-AGF |
| | ) | |
| | ) | |
| SVEN MAGNUS ØEN CARLSEN A/K/A | ) | |
| MAGNUS CARLSEN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## <u>ENTRY OF APPEARANCE</u>

Spencer Tolson, of the law firm of Husch Blackwell LLP, hereby enters his appearance on

behalf of Defendant Play Magnus AS d/b/a Play Magnus Group in the above-captioned case.

Respectfully submitted,

HUSCH BLACKWELL LLP

/s/ *Spencer Tolson*
Spencer Tolson, MO# 74467
4801 Main Street, Suite 1000
Kansas City, MO  64112
(214) 999-6116
(816) 983-8080 (Fax)
spencer.tolson@huschblackwell.com

**ATTORNEY FOR DEFENDANT**
**PLAY MAGNUS AS**
**d/b/a PLAY MAGNUS GROUP**

1

## **<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that a copy of the foregoing was sent to all counsel of record via the Court's e-Filing System on the 11th day of April, 2023.

/s/ Spencer Tolson

Attorney