UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| HANS MOKE NIEMANN,<br><br>    Plaintiff,<br><br>vs.<br><br>SVEN MAGNUS ØEN CARLSEN A/K/A MAGNUS CARLSEN, PLAY MAGNUS AS D/B/A PLAY MAGNUS GROUP, CHESS.COM, LLC, DANIEL RENSCH A/K/A "DANNY" RENSCH, AND HIKARU NAKAMURA,<br><br>    Defendants. | Case No. 4:22-cv-01110-AGF<br><br>Hon. Audrey G. Fleissig |

## ENTRY OF APPEARANCE

Jamie L. Wine, of the law firm of Latham & Watkins LLP, hereby enters her appearance on behalf of Defendant Play Magnus AS d/b/a Play Magnus Group in the above-captioned case.

DATED:   April 11, 2023

Respectfully Submitted,

/s/ Jamie L. Wine
Jamie L. Wine (# 4529251NY)
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Tel: (212) 906-1200
*jamie.wine@lw.com*

*Counsel for Defendant Play Magnus AS
d/b/a Play Magnus Group*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 11, 2023, the foregoing document was served on all counsel of record by ECF.

DATED:       April 11, 2023            */s/ Jamie L. Wine*
Jamie L. Wine (# 4529251NY)
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Tel: (212) 906-1200