UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

HANS MOKE NIEMANN,

    Plaintiff,

vs.

SVEN MAGNUS ØEN CARLSEN A/K/A MAGNUS CARLSEN, PLAY MAGNUS AS D/B/A PLAY MAGNUS GROUP, CHESS.COM, LLC, DANIEL RENSCH A/K/A "DANNY" RENSCH, AND HIKARU NAKAMURA,

    Defendants.

Case No. 4:22-cv-01110-AGF

Hon. Audrey G. Fleissig

## ENTRY OF APPEARANCE

    Nima H. Mohebbi, of the law firm of Latham & Watkins LLP, hereby enters his appearance on behalf of Defendant Play Magnus AS d/b/a Play Magnus Group in the above-captioned case.

DATED:    April 11, 2023

Respectfully Submitted,

*/s/ Nima H. Mohebbi*
Nima H. Mohebbi (# 275453CA)
**LATHAM & WATKINS LLP**
355 S. Grand Ave., Suite 100
Los Angeles, CA 90071
Tel: (213) 485-1234
nima.mohebbi@lw.com

*Counsel for Defendant Play Magnus AS d/b/a Play Magnus Group*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 11, 2023, the foregoing document was served on all counsel of record by ECF.

DATED:	April 11, 2023	*/s/ Nima H. Mohebbi*
Nima H. Mohebbi (# 275453CA)
**LATHAM & WATKINS LLP**
355 S. Grand Ave., Suite 100
Los Angeles, CA 90071
Tel: (213) 485-1234