UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| HANS MOKE NIEMANN,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>SVEN MAGNUS ØEN CARLSEN A/K/A MAGNUS CARLSEN, PLAY MAGNUS AS D/B/A PLAY MAGNUS GROUP, CHESS.COM, LLC, DANIEL RENSCH A/K/A "DANNY" RENSCH, AND HIKARU NAKAMURA,<br><br>　　　　Defendants. | Case No. 4:22-cv-01110-AGF<br><br>Hon. Audrey G. Fleissig |

## ENTRY OF APPEARANCE

Michael A. Hale, of the law firm of Latham & Watkins LLP, hereby enters his appearance on behalf of Defendant Play Magnus AS d/b/a Play Magnus Group in the above-captioned case.

DATED:　April 11, 2023

　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　*/s/ Michael A. Hale*
　　　　　　　　　　　　　　　　　　　　　Michael A. Hale (# 319056CA)
　　　　　　　　　　　　　　　　　　　　　**LATHAM & WATKINS LLP**
　　　　　　　　　　　　　　　　　　　　　355 S. Grand Ave., Suite 100
　　　　　　　　　　　　　　　　　　　　　Los Angeles, CA 90071
　　　　　　　　　　　　　　　　　　　　　Tel: (213) 485-1234
　　　　　　　　　　　　　　　　　　　　　*michael.hale@lw.com*

　　　　　　　　　　　　　　　　　　　　　*Counsel for Defendant Play Magnus AS*
　　　　　　　　　　　　　　　　　　　　　*d/b/a Play Magnus Group*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 11, 2023, the foregoing document was served on all counsel of record by ECF.

DATED:	April 11, 2023	*/s/ Michael A. Hale*
Michael A. Hale (# 319056CA)
**LATHAM & WATKINS LLP**
355 S. Grand Ave., Suite 100
Los Angeles, CA 90071
Tel: (213) 485-1234