# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| HANS MOKE NIEMANN,<br><br>    Plaintiff,<br><br>vs.<br><br>SVEN MAGNUS ØEN CARLSEN A/K/A MAGNUS CARLSEN, PLAY MAGNUS AS D/B/A PLAY MAGNUS GROUP, CHESS.COM, LLC, DANIEL RENSCH A/K/A "DANNY" RENSCH, AND HIKARU NAKAMURA,<br><br>    Defendants. | Case No. 4:22-cv-01110-AGF<br><br>Hon. Audrey G. Fleissig |

## ENTRY OF APPEARANCE

Sarah F. Mitchell, of the law firm of Latham & Watkins LLP, hereby enters her appearance on behalf of Defendant Play Magnus AS d/b/a Play Magnus Group in the above-captioned case.

DATED:   April 11, 2023

Respectfully Submitted,

*/s/ Sarah F. Mitchell*
Sarah F. Mitchell (# 308467CA)
**LATHAM & WATKINS LLP**
355 S. Grand Ave., Suite 100
Los Angeles, CA 90071
Tel: (213) 485-1234
*sarah.mitchell@lw.com*

*Counsel for Defendant Play Magnus AS d/b/a Play Magnus Group*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 11, 2023, the foregoing document was served on all counsel of record by ECF.

DATED:  April 11, 2023  */s/ Sarah F. Mitchell*
Sarah F. Mitchell (# 308467CA)
**LATHAM & WATKINS LLP**
355 S. Grand Ave., Suite 100
Los Angeles, CA 90071
Tel: (213) 485-1234