# EXHIBIT 1

Filename: Champions Chess Tour: Julius Baer Generation Cup | Prelims Day 2 | Tania Sachev & Peter Leko
Client: Latham & Watkins
Job ID: US1553888
Date Due: March 20th, 2023
Transcribed by TransPerfect

[00:16:34]

**TANIA SACHDEV:** But of course, there's a lot of chess action on and off the board, and to discuss more on this, I'm going to pull up chat. A big welcome to all of you joining us on Twitch and YouTube on chess24 and our very special guest, let's bring him on. He's a good friend. He is one of the best in business. I'm really not sure what his business is yet, but we'll ask him. Let's bring him on. Lawrence, hi, and welcome to the show.

[00:17:00]

**LAWRENCE TRENT:** Thanks, Tania, for that lovely introduction as always. Yeah. Hello, everybody. I don't know what my business is. My business is getting random texts from you, saying, come on the show to have a chat with me, you know, that sort of stuff. That's my business. I'm, how can I call it, like a savior. I'm a stream savior. I come on when they need me, but I'm never [PH 00:17:25] really sure.

[00:17:25]

**TANIA SACHDEV:** I couldn't agree more with you. I forgot to add the one and only Lawrence Trent in that introduction, but you know I meant it, and of course, I really appreciate you here being with us, especially, rumor has it that you're just back from an extremely debaucherous weekend in Oslo.

[00:17:42]

**LAWRENCE TRENT:** Well, we had a very good time. I am a little low on energy today. It was we went for the bachelor party of our good friend [PH 00:17:56] Askelt, who's working with the team out in Oslo. You'll know Askelt if you've watched the main stream. He is doing a lot of good work.

[00:18:03]

**TANIA SACHDEV:** I worked with him in Dubai. We all know Askelt.

[00:18:06]

**LAWRENCE TRENT:** Everybody knows him, he's getting married to a lovely lady, and he had his bachelor party, and it was good fun but certainly suffering a little bit today.

[00:18:19]

**TANIA SACHDEV:** So, still getting over it, not recovered?

1

Filename: Champions Chess Tour: Julius Baer Generation Cup | Prelims Day 2 | Tania Sachev & Peter Leko
Client: Latham & Watkins
Job ID: US1553888
Date Due: March 20th, 2023
Transcribed by TransPerfect

[00:18:21]

**LAWRENCE TRENT:**  Not fully recovered, not even close, but I do not regret one minute of it. It was really beautiful.

[00:18:28]

**TANIA SACHDEV:**  Now, I'm sure there was a lot of stuff that happened there that you can't tell us about. As you mentioned it was a bachelor's, but what I do want to ask you is what is the latest and the greatest from Oslo about all the drama that's been overtaking the chess world?

[00:18:46]

**LAWRENCE TRENT:**  Yeah, well, it's a tricky one, because I did see Magnus as well. I hung out with him quite a lot this weekend, and the first thing I want to say is, regarding this particular tournament, he's very determined to win it. So, that's number one. He told me that he's actually very motivated to win this, and he's going to just crush everybody. That's number one. So, and the way he played yesterday was just insane. Given that, you know, he'd been with us as well for a lot of the weekend, and to be able to perform like that and get in the zone and just crush like he does, I mean, there is a reason why he is the greatest of all time. So, I fully expect Magnus to keep on pushing today. Of course, the important thing is to get into the top eight places, but for sure, he's, for the next week or so, he's going to be very, very, very focused on this tournament. Regarding the other stuff, obviously, he is also not really, as a result of talks with his team and consultations, he can't really say much, but I will say one thing, and I've been thinking about this for a long time. I was actually commentating the game from the Sinquefield Cup [INDISCERNIBLE 00:20:07] when… was I commentating? Or maybe it was the day before. I was either commentating, or it was the day before. In any case, one thing that I realized was that Magnus doesn't make impulsive decisions when it can affect a tournament, affect the game, you know, affect the future of the game, and I was thinking about this a long time, and I thought, it's so uncharacteristic of Magnus to just do something rash. I can imagine other players doing it, more of super emotional players, but Magnus, no way, and so, what I will say is that I believe he has very solid reasons for doing what he did, although I also do believe he, I think he believes he could have done it in a better way. You know, I think he knows that, but I believe the actual foundation of his argument is probably valid, and at some point, some further sort of clarification is required, both from Magnus, from the guys in St. Louis, whoever it is, because we can't just go in limbo, have this accusation on hand, allow him to play the same tournaments, right? It just, it doesn't work. At some point, there has to be some kind of…

[00:21:35]

**TANIA SACHDEV:**  Follow up.

[00:21:38]

2

Filename: Champions Chess Tour: Julius Baer Generation Cup | Prelims Day 2 | Tania Sachev & Peter Leko
Client: Latham & Watkins
Job ID: US1553888
Date Due: March 20th, 2023
Transcribed by TransPerfect

**LAWRENCE TRENT:**  Yeah. So, let's see. I don't know when that will be. I don't know what's going to happen today. Obviously, Tania, they're playing in the second game. So, goodness knows what will happen. Have you got any ideas on this chaos, let's call it?

[00:21:57]

**TANIA SACHDEV:**  Chaos it is, and we had Alejandro on the show yesterday as well, and he mentioned exactly what you're saying, that Magnus Carlsen does not take his responsibility as the ambassador of our game lightly. So, for him, it's definitely a big deal, but that said, 100%, there needs to be a break to this radio silence that we've been getting from him after that first initial tweet, and John Ludwig Hammer mentioned it about the two players, both Hans and Magnus, declining interviews for the event on day one as a media blackout from both parties. What do you make of that? What's the reason that they're not coming for these post-game interviews, which is, by the way, part of the obligation that the players have?

[00:22:42]

**LAWRENCE TRENT:**  Yeah, well, it's just a very, very tricky moment, because, you know, you also have to be a bit careful about things like defamation, right, of somebody. There might be some grounds for illegal dispute if either Magnus or if Hans says something. So, I think Magnus is trying to be smart in the sense that he doesn't want to say something that could really land him in trouble, without having, then, the evidence required, and I'm not saying he doesn't have evidence or some kind of very strong foundation, but I think he's finding a way to be able to show the world what's going on. Again, I didn't talk to him about… Yeah.

[00:23:35]

**TANIA SACHDEV:**  I hear you. I hear you, Lawrence, and I get the feeling that you are inclined to believe Magnus in this instance.

[00:23:44]

**LAWRENCE TRENT:**  So, when I first did the broadcast, I thought Magnus made a huge mistake, and I thought that what Hans did was very reasonable, but I've had a chance to reflect on a few things, and I am now very, what's the word, on the fence, or Magnus' side is now much more credible, from what I've seen, and I'm not going to reveal what I've seen. I have seen some things that previously were not available to me, and so, but at some point, clarification is required. That's the thing to say, and then we can all move on, and I don't really know what the best outcome is for the chess world either. Let's say, for example, serious evidence was provided that Hans was cheating. Is that good for us? Is that good for the chess world? Is that good for this tournament and the future of online chess? Probably not. If Hans is proven to be innocent, then is that good for the tournament? Is that good for Magnus' brand and his reputation? No, it feels like

3

Filename: Champions Chess Tour: Julius Baer Generation Cup | Prelims Day 2 | Tania Sachev & Peter Leko
Client: Latham & Watkins
Job ID: US1553888
Date Due: March 20th, 2023
Transcribed by TransPerfect

we're in a lose-lose situation somehow, and I just want to know what the best worst case is, if you get my, if you understand what I'm saying. What is the best thing that could happen for everybody so that we keep everything moving, and we can just use this as a learning moment, rather than…?  Yeah.

[00:25:33]

TANIA SACHDEV:  That's a good question. Yeah. No, I think the best case scenario out of this would be that this whole conversation around cheating in chess, which is a very big problem for the chess world, is taken a lot more seriously by all parties involved, players, organizers, but in my heart, Lawrence, I'm hoping that Hans' name is clear, and as we can see from whatever has come out so far, whether it's been Grand Chess, or whether it's been Sinquefield Cup statement, or Arne, who did an interview about the games that Hans has played online in the Champions Chess Tournament, it does look as if there was absolute fair play and no foul play involved, and I hope that's the case, but you're right. We have to see how this unfolds. Now, you mentioned that Magnus is extra motivated, and that's how you felt when you spent time with him in Oslo. He wants to just crush the field, and that's the kind of chess we saw from the World Champion yesterday on day one. Does this have something to do with a certain player he's playing in round six today?

[00:26:33]

LAWRENCE TRENT:  I don't know if it's anything specifically to do with Hans, but I think he wants to really make a statement that what happened in in the Sinquefield Cup is a very isolated event. He's still very motivated. He wants to win this tournament. He, you know, I was, you know, I spent most of the weekend with him, to be honest, and, you know, he's preparing for the games. He's got his coach, Peter Heiner, helping him, sending him files, sending him ideas. It's not just a random blitz game. He knows what he's playing in every game, pretty much. He knows, more or less, the strategy, and I think he wants to show who's boss, and that he's still boss, and that this episode isn't going to derail him too much. So, I expect, I mean, his pairings today are extremely interesting, because he's got Navara.

[00:27:30]

TANIA SACHDEV:  I think we can have them up on the screen. If we can have Magnus' road on day two during the preliminaries up on screen. While we have that sorted, now, this big game, six, it's almost like the two of them have a score to settle against each other. Are you expecting the hype to be real and for a really big fight, or what can we expect out of it? The only thing that I don't want is an anti-climactic draw in this one.

[00:27:56]

Filename: Champions Chess Tour: Julius Baer Generation Cup | Prelims Day 2 | Tania Sachev & Peter Leko
Client: Latham & Watkins
Job ID: US1553888
Date Due: March 20th, 2023
Transcribed by TransPerfect

**LAWRENCE TRENT:** No, I think there's zero chance of a quick draw, but the truth is I have absolutely no idea how the game's going to go, because I'll be honest, Hans has played really well, as well. He's on, he got three wins yesterday. He played some beautiful chess. He did play some of the players that, however, you would say, if he's going to win, it would be against those players. Christopher Yu, the young American grandmaster, lowest rated player here, Boris Gelfand,who's obviously a bit more old-school and not really used to playing this online format, and he beat Vincent as well, who is also, I mean, of course, Vincent's the young generation, but, you know, Hans with the white pieces, you can think, ah, he's capable of beating Vincent. So, he's on a very healthy score. So, it will be very interesting to see what happens. You know, you feel as though it's just going to be expect the unexpected or something, I don't know. I mean, Hans could blow him off the board, for all we know. I mean, it could be one of those weird pairings in chess history now, where, you know, one of the big underdogs that gets a good score, or maybe Magnus will just go to war against him and just say, you know what, I've got to teach this guy lesson. I don't care that I'm black. I'm going to play something double-edged. I'm going to get a position that isn't dry, and I'm just going to crush this kid. Sorry?

[00:29:29]

**TANIA SACHDEV:** We might see the hippo return.

[00:29:31]

**LAWRENCE TRENT:** Well, I mean, look at what he played yesterday. He played the perk, he played the modern, right, he's playing openings to provoke his opponents, and look what he did against Erigaisi in round one. I mean, how do you beat somebody like that from a perk against one of the best prepared young Indian players in the world? He's winning in 22 moves. Like, it's sensational. We could see the same today, and in fact, you know, Magnus, he's got white against David Navara in the first round, which he'll be very happy with. I think his score against Navara is unbelievable, by the way. So, assuming that he continues his good form, if he wins that and gets off to a good start, then we could just see him crush Hans in in round six.

[00:30:16]

**TANIA SACHDEV:** Don't underestimate Hans right now.

[00:30:19]

**LAWRENCE TRENT:** No, that's what I'm…

[00:30:20]

**TANIA SACHDEV:** He's got so much at stake, Lawrence, you know, and this extra motivation is not just from Magnus, I think, from Hans as well. In fact, right now, if you told Hans that he

5

Filename: Champions Chess Tour: Julius Baer Generation Cup | Prelims Day 2 | Tania Sachev & Peter Leko
Client: Latham & Watkins
Job ID: US1553888
Date Due: March 20th, 2023
Transcribed by TransPerfect

could beat Magnus and maybe not qualify for the top eight, or he could lose to Magnus and qualify for the top eight, I'm not 100% sure which one he would pick, and there, we see…

[00:30:43]

**LAWRENCE TRENT:**  No, I think he would choose to qualify.

[00:30:45]

**TANIA SACHDEV:**  He would still choose to qualify. I think you might be right. That's pushing it, but let's just take a look at Hans' road ahead. He's playing Arjun in the first round of the day. Then he plays Magnus, Adhiban, and Liem. It's quite interesting, because for Magnus, as we saw, his day builds up as well. You know, he's playing, every game, of course, here is super strong starting, with David then Hans, then he plays Levon, and then he plays Pragg, and he recently lost to Pragg in the FDX Crypto Cup. So, a tough day ahead for both of them. Chess needs to scream for itself today.

[00:31:18]

**LAWRENCE TRENT:**  Yeah, for sure. I mean, I think, and we've just got confirmation from our fantastic producer. Magnus also lost to David Navara with white the last time they played. So, it could be, I'm very curious. I can't wait for the game to start, really, how Magnus will do against Navara. I think if he wins in convincing fashion, I think Hans is really going to be for a tough time.

[00:31:44]

**TANIA SACHDEV:**  Yeah, but Lawrence, if Magnus lost to David in the previous tournament, and Magnus doesn't have a great start today, that might also work in Hans' favor.

**LAWRENCE TRENT:**  For sure, because then Magnus might be incentivized to really push with black. I mean, he's in a position where he's a point clear, but there's tons of chess left, right? There's absolutely tons of chess. We've got all of today, we've got all of tomorrow, and all of the day after, right? So, you know, his position at the top is not, he's not a guarantee to qualify for this top eight yet. There are far too many games there. So, it'll be really, I've got absolutely no idea what his approach will be today. I just know that he's out for blood. I know he's frustrated. The whole episode has actually bothered him immensely.

[00:32:37]

**TANIA SACHDEV:**  But that's been good, because it's as created, yeah, it's created a complete storm in the chess world.

Filename: Champions Chess Tour: Julius Baer Generation Cup | Prelims Day 2 | Tania Sachev & Peter Leko
Client: Latham & Watkins
Job ID: US1553888
Date Due: March 20th, 2023
Transcribed by TransPerfect

[00:32:43]

LAWRENCE TRENT:  Yeah.

[00:32:44]

TANIA SACHDEV:  And, you know, he's not been on the receiving end of most of it so far.

[00:32:48]

LAWRENCE TRENT:  Exactly. So, yeah, it's just going to be fascinating, and obviously, I'm going to watch you and Peter take us through all of the action.

[00:32:58]

TANIA SACHDEV:  Super excited about that, Lawrence.

[00:32:59]

LAWRENCE TRENT:  My boy Peter, yeah.

[00:33:03]

TANIA SACHDEV:  Your boy Peter will be joining us very, very soon, and of course, we've also got a very big matchup coming up with Boris taking on Vasyl, our two icons from a previous generation. This tournament is all about how chess can be played across different age groups, even at the highest level. So, that's one game that I'm really excited about. Now, Lawrence, just moving on from this bit. I also hear that there is a very big announcement that you're about to make.

[00:33:37]

LAWRENCE TRENT:  No. No, I mean, yeah.

[00:33:39]

TANIA SACHDEV:  At the early part of September, apparently, what can you tell us about that?

[00:33:44]

LAWRENCE TRENT:  No, I can't. That's the point. So, I mean, all I can say is that I…

7

Filename: Champions Chess Tour: Julius Baer Generation Cup | Prelims Day 2 | Tania Sachev & Peter Leko
Client: Latham & Watkins
Job ID: US1553888
Date Due: March 20th, 2023
Transcribed by TransPerfect

[00:33:47]

**TANIA SACHDEV:**  What is this? What is this, you know about Magnus. I've got all this big secret and this big inside info, but I can't tell you guys what it is. On 23rd, I have this really big announcement, but I can't give anything away.

[00:34:00]

**LAWRENCE TRENT:**  No, I mean, the Magnus thing is not inside info, per se. It's just that I've had a look at, you know, what he has looked at, okay, which is available for everybody, actually. It's not inside. There's not some inside info there, and my opinion on the validity of his argument has changed, insofar as I believe that he's got serious grounds for his position, and the other thing, my thing is just a personal thing that's going to be, you know, very nice to talk about, but it's nothing really to do with this tournament.

[00:34:42]

**TANIA SACHDEV:**  Give us a hint. Give us a hint.

[00:34:45]

**LAWRENCE TRENT:**  I can't, because even a hint will just give it away. You'll just have to wait. Follow me on Twitter @LawrenceTrentIM, follow me on Instagram. I've got an open profile. So, I'm going to be putting the video there, and yeah, hopefully, by the 23rd, we can get it out there, but for now, really, it's all about this tournament, Tania.

[00:35:04]

**TANIA SACHDEV:**  I'm going to get to the tournament. I just want to, say Lawrence, if on 23rd, your announcement has got anything to do with you retiring from chess for the 700th time…

[00:35:17]

**LAWRENCE TRENT:**  No, it's not.

[00:35:18]

**TANIA SACHDEV:**  That's just going to be incredibly annoying.

[00:35:20]

8

**Filename: Champions Chess Tour: Julius Baer Generation Cup | Prelims Day 2 | Tania Sachev & Peter Leko**
**Client: Latham & Watkins**
**Job ID: US1553888**
**Date Due: March 20th, 2023**
**Transcribed by TransPerfect**

**LAWRENCE TRENT:** No, no, I would never make a… No. It nothing to do with, nothing to do with my retirement. I mean, I'm not even a player. How can I retire? Talking, what about you, Tania? Let's talk about you for two minutes. When are you playing next?

[00:35:35]

**TANIA SACHDEV:** I've got the Asian Continental Championship coming up, and that starts last week of October, I think. So, after this event, I'll sort of go back to training mode and playing mode. Kind of looking forward to that, because after the Olympiad, that will be my next event, and then [PH 00:35:52] Citrus in December.

[00:35:53]

**LAWRENCE TRENT:** Oh, right, of course. Well, if you need any help, let me know. I'm happy to send my notes when whenever you like. We've got different styles though. So, it might not work.

[00:36:05]

**TANIA SACHDEV:** Okay. I'll ask you a question that you can, in fact, tell us something about, I'm pretty sure. Now, you mentioned that, you know, you're pretty good friends with Magnus. You've just spent some time with him and all of that. Your notes and these files that we often hear you talking about, have they been used by the world champion in his games at the time?

[00:36:24]

**LAWRENCE TRENT:** No, it's funny, because, when I talk to him about some random junk line, you would think, oh, maybe he doesn't, but he knows all of the junk lines. Right? He knows everything. He makes out that he has studied all of the garbage lines. He knows them all back to front. So, he laughs he says, yeah, I looked at this, yeah, I know about this trick, and yeah. So, you know, he's, I think people, over the years, have just underestimated how much he knows theory-wise. Like, he's never, I don't know why he's not put in the category of the, you know, the top theoreticians, because, you know, we talk about Fabi and we talk about Kramnik and these guys, but Magnus has done, I mean, he knows so much, and maybe his contributions are less visible. I don't know. Like, you can see like massive breakthrough novelties by Fabi. You can list them, or by Kramnik or Anand, and you can list them, and with Magnus, it's like, can you think of a breakthrough novelty that he played off the top of your head that is a really critical novelty in a line. The answer is probably not. It doesn't immediately come to mind, but he has done it. So, don't underestimate Magnus and what he does. He just so skillfully, he kind of understands what kind of opening to employ the direction of the, I mean, look what he did yesterday.

[00:38:00]

9

Filename: Champions Chess Tour: Julius Baer Generation Cup | Prelims Day 2 | Tania Sachev & Peter Leko
Client: Latham & Watkins
Job ID: US1553888
Date Due: March 20th, 2023
Transcribed by TransPerfect

**TANIA SACHDEV:**  Against Adhiban as well, right. He also knows how he play against a player.

[00:38:03]

**LAWRENCE TRENT:**  Well, against Adhiban he was a lot worse, right, in a sense.

[00:38:05]

**TANIA SACHDEV:**  There's one, and Lawrence, there's somebody else we have with us who also everything about everything when it comes to chess. So, we've got to bring him on. Let's bring on the one and only Peter Leko. Peter, welcome. How are you doing today?

[00:38:20]

**PETER LEKO:**  Yeah, hello, Tania. Hello, Lawrence. Very nice seeing you, joining us. Great.

[00:38:25]

**LAWRENCE TRENT:**  Lovely to see you. Yeah, just talking a bit about today, should be quite the day.

[00:38:32]

**TANIA SACHDEV:**  Peter, whenever I have a conversation with Lawrence, the first 15 minutes of that conversation, every time, is spent arguing, who does Peter like more: me or Lawrence. I'm not even joking about it. It is an ongoing competition as intense as who will become grandmaster first, me or Lawrence.

[00:38:52]

**PETER LEKO:**  Well, I hope the best for both of you. Yeah.

[00:38:55]

**LAWRENCE TRENT:**  You see, I told you.

[00:38:58]

**PETER LEKO:**  That's the most important, but also, coming back to the conversation about Magnus and his openings, I absolutely agree with Lawrence, yeah, that Magnus is heavily underestimated, because he's just so smart in his openings. Yeah, he's choosing the right weapon against the right people. He knows all the psychology of who doesn't like what and being capable

10

Filename: Champions Chess Tour: Julius Baer Generation Cup | Prelims Day 2 | Tania Sachev & Peter Leko
Client: Latham & Watkins
Job ID: US1553888
Date Due: March 20th, 2023
Transcribed by TransPerfect

of playing everything. Yeah? He's the one who chooses the battlefield, and then he doesn't need to do some incredible move 40 novelty or whatever, some very principal battle. He already gets his territory, and that's more than enough for him.

[00:39:32]

**LAWRENCE TRENT:** Yeah, that's a really good point, Peter. I discussed this also, I was with Jorden Van Forest last weekend, and I spoke to Jorden, who obviously worked with Magnus, and yeah. You know, Jorden said something that resonated with me. He said that Magnus doesn't go for the move by move, okay, this is, I can play this way. My opponent has to find five good, forced moves in a row, but if my opponent finds those moves, he equalizes. So, Magnus says, I don't want to run that risk. These players are good enough to find these only moves. So, I will get another kind of position, where there's a bit more playability. It might not objectively be the best move, but I have a better feel for the position, and there are more, that the lines aren't so forcing. That's where his strength is. As you said, it's guiding the positions in the way he wants against the player as well. Right? He's very conscious of the style of his opponent. Whereas there are other top GMs who don't have that flexibility. One would be, for example, Maxime Vachier-Lagrave. I mean, Maxime has got a very predictable repertoire. You know, he is going to play [PH 00:40:45] an idol if you play 1.e4. So, that's what makes Magnus, as well, very, very special and how he manages to win so many games as well.

[00:40:57]

**TANIA SACHDEV:** No, it was a really great start, and so much, we had 24 decisive games out of 32 on day one, and Peter, I think that has everything to do with this super entertaining mix that we have, the field of players that we have. Lawrence, before you leave us, I have to ask you, Vasyl was on fire yesterday, and of course, the whole world is rooting for him. We are also, going to bring up grandmaster, Jonathan Tisdall tweet on this, but tell me, despite, of course, wanting him to do really well, were you at all surprised with the chess he played, the quality of games, winning against Anish, winning against Duda?

[00:41:36]

**LAWRENCE TRENT:** No, because class is permanent, form is temporary. This is a man, talking about being versatile, has there ever been a grandmaster in the history of chess who could play every opening and any position as well as Ivanchuk? No. Like literally, he has played every single load. He understands structures, he understands that the small ideas and so many that he can play aggressive, sharp, positional, slow. He can do it all, and by the way, it looks as though he's actually done some real work on his openings for this tournament. It's not just that he's making it up. It's clear that he's actually prepared. I would love to see more of Ivanchuk. I know he's over 50 now. I know he's not going to really challenge for the top, top, top places. It's just not really plausible, but he can still play inspiring, beautiful chess. Yesterday, we saw that. You know, even his game against Praggnanandhaa, which he lost, he should have won. He was

11

Filename: Champions Chess Tour: Julius Baer Generation Cup | Prelims Day 2 | Tania Sachev & Peter Leko
Client: Latham & Watkins
Job ID: US1553888
Date Due: March 20th, 2023
Transcribed by TransPerfect

crushing Praggnanandhaa in game one. He could literally be on 100% percent, right? So, you know, I'm a huge fan of his. When I was growing up, Tania, with you, you know, all those years ago, when we were doing things like reading books, no Chessable, nothing like that.

[00:42:58

**TANIA SACHDEV:**  Well, now [INDISCERNIBLE 00:42:58] blessed.

[00:43:00]

**LAWRENCE TRENT:**  But no, how much Ivanchuk was there in all of the literature? Think about it. When we were reading those, Ivanchuk was just everywhere, from the positional play to the opening, play ending, doesn't matter. He is a class act. I love to see him doing well. I would love to see him qualify for the top eight and go far. It would be great. He deserves it, and especially, everything that his country is going through as well at the moment. I don't know where he is playing. I don't know if he is in Ukraine at the moment.

[00:43:34]

**TANIA SACHDEV:**  Yes, he is. He had an interview yesterday. He mentioned he is playing from home. Couldn't agree more with you on everything that you just said, Lawrence. I think all of us want to see Ivanchuk, Vasyl to go really far in this tournament. Peter is a big fan as well. Lawrence, thank you so much for joining us.

[00:43:49]

**LAWRENCE TRENT:**  Thank you, guys.

[00:43:50]

**TANIA SACHDEV:**  [INDISCERNIBLE 00:43:51] off in a minute, and it's been a pleasure talking to you, and we look forward to the 23rd.

[00:43:55]

**LAWRENCE TRENT:**  Thanks, guys. Sorry, say that again.

[00:43:57]

**TANIA SACHDEV:**  We look forward to the 23rd.

[00:43:58]

**Filename: Champions Chess Tour: Julius Baer Generation Cup | Prelims Day 2 | Tania Sachev & Peter Leko**
**Client: Latham & Watkins**
**Job ID: US1553888**
**Date Due: March 20th, 2023**
**Transcribed by TransPerfect**

**LAWRENCE TRENT:** Yes, yes. Keep your eyes out, @LawrenceTrentIM on Twitter, and I'm looking forward to this commentary. I'll leave it with you guys. Take care.

**[00:44:09]**

**PETER LEKO:** Thanks a lot, Lawrence.

**[00:44:10]**

**LAWRENCE TRENT:** Cheers, bye.

**[00:44:11]**

**PETER LEKO:** Yeah, bye, Lawrence.

**[00:44:12]**

**TANIA SACHDEV:** Bye. Wow, chat, and there we have it.

**[00:44:14]**

13



# CERTIFICATION

TransPerfect Translations Limited, a professional translation agency and international communication services firm, is competent to transcribe in the English language. We hereby certify that this transcription is, to the best of our professional knowledge and belief, a faithful rendering of the following audio file:

| | |
|---|---|
| File Name(s): | Champions Chess Tour Julius Baer Generation Cup Prelims Day 2 Tania Sachev & Peter Leko |
| Source Language(s) | English |
| Target Language(s) | English |

*Authorized Signature:*

3/20/2023

X _____

Signed by: madamoli

| | |
|---|---|
| *Name:* | Mariana Adamoli |
| *Title:* | Transcription - Project Coordinator |
| *Date:* | March 20th, 2023 |

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS