# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| HANS MOKE NIEMANN,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>SVEN MAGNUS ØEN CARLSEN A/K/A MAGNUS CARLSEN; PLAY MAGNUS AS, D/B/A PLAY MAGNUS GROUP; CHESS.COM, LLC; DANIEL RENSCH A/K/A "DANNY" RENSCH; AND HIKARU NAKAMURA,<br><br>　　　　　Defendants. | Case No: 4:22-cv-01110-AGF<br><br>Hon. Audrey G. Fleissig |

## MOTION FOR LEAVE
## TO WITHDRAW APPEARANCE BY JOHN M. TANSKI

John M. Tanski of Axinn, Veltrop & Harkrider LLP hereby moves to withdraw his appearance as counsel for defendant Magnus Carlsen in the above-captioned matter and states as follows:

1. I was admitted *pro hac vice* in the above-captioned action on December 2, 2022;

2. I will no longer be serving as counsel for Mr. Carlsen in this action; and

3. Other counsel from Axinn, Veltrop & Harkrider LLP and Stinson LLP have appeared in this action and will continue to represent Mr. Carlsen in this action.

WHEREFORE, I respectfully request that this Court grant this motion and discontinue ECF notifications for me in this matter.

Dated: April 18, 2023  Respectfully submitted,

**AXINN, VELTROP & HARKRIDER LLP**

By: /s/John M. Tanski
John M. Tanski, admitted *pro hac vice*
90 State House Square
Hartford, Connecticut 06103
Office: 860.275.8100
Fax: 860.275.8101
Email: jtanski@axinn.com

## CERTIFCATE OF SERVICE

I hereby certify that on April 18, 2023, the foregoing was filed electronically using the CM/ECF system which will automatically provide notice to all attorneys of record by electronic means.

Dated: April 18, 2023

Respectfully submitted,

**AXINN, VELTROP & HARKRIDER LLP**

By: /s/John M. Tanski
John M. Tanski, admitted *pro hac vice*
90 State House Square
Hartford, Connecticut 06103
Office: 860.275.8100
Fax: 860.275.8101
Email: jtanski@axinn.com