# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| HANS MOKE NIEMANN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 4:22-cv-01110-AGF |
| | ) |
| SVEN MAGNUS OEN CARLSEN, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on Defendant Christopher Hikaru Nakamura's motion to postpone the Rule 16 conference due to a scheduling conflict. (Doc. No. 133). Neither Plaintiff nor the other Defendants oppose postponing the conference. Defendant Nakamura further explains that the parties are discussing a potential motion to stay the Rule 16 conference pending resolution of the outstanding motions to dismiss.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant Nakamura's motion to postpone the Rule 16 conference is **GRANTED**. (Doc. No. 133).

**IT IS FURTHER ORDERED** that the Rule 16 conference previously set for May 25, 2023, and any associated deadlines with respect to the same, are **CANCELED**.

**IT IS FINALLY ORDERED** that the parties shall meet and confer in good faith and, by no later than **May 23, 2023**, file a status report with respect to any agreement regarding the rescheduling of the Rule 16 conference. The Rule 16 conference will be rescheduled as appropriate following receipt of the above-noted status report.

Dated this 3rd day of May, 2023.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE