## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| HANS MOKE NIEMANN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 4:22-cv-01110-AGF |
| ) | |
| SVEN MAGNUS ØEN CARLSEN A/K/A ) | |
| MAGNUS CARLSEN, et al., ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF CHANGE OF FIRM AND ADDRESS**

COMES NOW, the undersigned counsel, and hereby provides notice to all parties and the Court that Michael J. Ryan, co-counsel (pro hac) for Defendant Christopher Hikaru Nakamura, has a new firm and address:

Michael J. Ryan, P.A.
110 SE Sixth Street
Suite 2150
Fort Lauderdale, Florida 33301
MJRyan@MJRyanLegal.com

Respectfully submitted,

**LEWIS RICE LLC**

Dated:  May 4, 2023             By:    /s/ Neal F. Perryman
Neal F. Perryman, #43057 (MO)
Michael L. Jente, #62980 (MO)
Benjamin M. Farley, #69073 (MO)
600 Washington Avenue, Suite 2500
St. Louis, Missouri 63101
Telephone:  (314) 444-7661
Facsimile:  (314) 612-7661
nperryman@lewisrice.com
mjente@lewisrice.com
bfarley@lewisrice.com

and

Michael J. Ryan, FL State Bar #975990*
*Admitted PHV*
Michael J. Ryan, P.A.
110 SE Sixth Street, Suite 2150
Fort Lauderdale, Florida 33301
Telephone: (954) 881-6995
MJRyan@MJRyanLegal.com

*Attorneys for Defendant
Christopher Hikaru Nakamura*

2