UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI: EASTERN DIVISION

| | |
|---|---|
| HANS MOKE NIEMANN, ) <br> ) <br>    *Plaintiff,* ) <br> ) <br> v. ) <br> ) <br> SVEN MAGNUS ØEN CARLSEN A/K/A ) <br> MAGNUS CARLSEN, PLAY MAGNUS ) <br> AS D/B/A PLAY MAGNUS GROUP, ) <br> CHESS.COM, LLC, DANIEL RENSCH ) <br> A/K/A "DANNY" RENSCH, AND ) <br> HIKARU NAKAMURA, ) <br> ) <br>    *Defendants.* ) | Civil Action No. 4:22-CV-01110 <br><br> Hon. Audrey G. Fleissig |

## JOINT STATUS REPORT

The parties respectfully submit this Joint Status Report pursuant to the Court's May 3, 2023 Order. Dkt. 136.

1. The parties met and conferred by telephone on May 4, 2023, as ordered by the Court.

2. Insofar as Plaintiff only agreed to reschedule the Rule 16 conference based on Defendant Hikaru Nakamura's scheduling conflict, Plaintiff believes that the Rule 16 conference should be rescheduled for the Court's next available date after May 25, 2023.

3. Defendants believe that rescheduling the Rule 16 conference is premature based on the outstanding personal jurisdiction issues and other issues raised in the pending motions to dismiss. Accordingly, Defendants intend to move for a stay pending resolution of these issues, which Plaintiff intends to oppose. Defendants intend to file their motion promptly and no later than 5:00 P.M. Central on Tuesday, May 9, 2023.

Dated: May 4, 2023                                    Respectfully submitted,

                                              **LEWIS RICE LLC**

By:   /s/ Neal F. Perryman
Neal F. Perryman, #43057 (MO)
Michael L. Jente, #62980 (MO)
Benjamin M. Farley, #69073 (MO)
600 Washington Avenue, Suite 2500
St. Louis, Missouri 63101
Telephone:  (314) 444-7661
Facsimile:  (314) 612-7661
nperryman@lewisrice.com
mjente@lewisrice.com
bfarley@lewisrice.com

and

Michael J. Ryan, FL State Bar #975990*
*Admitted PHV*
Michael J. Ryan, P.A.
110 SE Sixth Street, Suite 2150
Fort Lauderdale, Florida 33301
Telephone: (954) 881-6995
MJRyan@MJRyanLegal.com

*Attorneys for Defendant*
*Christopher Hikaru Nakamura*

and

| | |
|---|---|
| **STINSON LLP** | **AXINN, VELTROP & HARKRIDER LLP** |
| J. Nicci Warr (State Bar No. 59975) | By: /s/ Craig M. Reiser (w/consent) |
| Jacob R. Schlueter (State Bar No. 73929) | Craig M. Reiser, admitted *pro hac vice* |
| 7700 Forsyth Blvd., Suite 1100 | Denise L. Plunkett, admitted *pro hac vice* |
| St. Louis, Missouri 63105 | Eva H. Yung, admitted *pro hac vice* |
| Office: 314.259.4570 | 114 West 47th Street |
| Email: nicci.warr@stinson.com | New York, New York 10036 |
| Email: jacob.schlueter@stinson.com | Office: 212.728.2200 |
| | Fax: 212.728.2201 |
| | Email:  creiser@axinn.com |
| |             dplunkett@axinn.com |
| |             eyung@axinn.com |

Caroline P. Boisvert, admitted *pro hac vice*
90 State House Square
Hartford, Connecticut 06103
Office: 860.275.8100
Fax: 860.275.8101
Email: cboisvert@axinn.com

*Counsel for Defendant Magnus Carlsen*


and

      */s/ Nima H. Mohebbi (w/consent)*
Nima H. Mohebbi (# 275453CA)
Sarah F. Mitchell (# 308467CA)
Michael A. Hale (# 319056CA)
**LATHAM & WATKINS LLP**
355 S. Grand Ave., Suite 100
Los Angeles, CA 90071
Tel: (213) 485-1234
*nima.mohebbi@lw.com*
*sarah.mitchell@lw.com*
*michael.hale@lw.com*

      */s/ Jamie L. Wine (w/consent)*
Jamie L. Wine (# 4529251NY)
Blake E. Stafford (# 888324775DC)
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Tel: (212) 906-1200
*jamie.wine@lw.com*
*blake.stafford@lw.com*

      */s/ Jeffrey B. Jensen (w/consent)*
Jeffrey B. Jensen (# 46745MO)
Kate Ledden (# 66026MO)
**HUSCH BLACKWELL LLP**
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
Tel: (314) 480 1500
*jeff.jensen@huschblackwell.com*
*kate.ledden@huschblackwell.com*

Derek Teeter (# 59031MO)
Spencer Tolson (# 74467MO)
**HUSCH BLACKWELL LLP**
4801 Main, Suite 1000
Kansas City, MO 64112
Tel: (816) 983-8000
*derek.teeter@huschblackwell.com*
*spencer.tolson@huschblackwell.com*

*Counsel for Defendants Chess.com, LLC, Daniel "Danny" Rensch, and Play Magnus AS*

   and

4

*s/ Andrew J. Urgenson (w/consent)*
Terrence A. Oved, Esq., admitted *pro hac vice*
Darren Oved, Esq., admitted *pro hac vice*
Andrew Urgenson, Esq., admitted *pro hac vice*
James Reilly, Esq., admitted *pro hac vice*
OVED & OVED LLP
*Attorneys for Plaintiff*
401 Greenwich Street
New York, New York 10013
Tel: 212.226.2700

and

Matthew Gartner, Esq. (#64320)
THE GARTNER LAW FIRM
*Attorneys for Plaintiff*
220 Salt Lick Road
St. Peters, Missouri 63376
Tel: 636.397.2111
matthew@gartnerlawfirm.com

*Attorneys for Plaintiff*
