UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| HANS MOKE NIEMANN, ) | |
| ) | |
| Plaintiff, ) | Case No.: 4:22-cv-01110-AGF |
| ) | |
| v. ) | |
| ) | |
| SVEN MAGNUS ØEN CARLSEN A/K/A ) | |
| MAGNUS CARLSEN, et al., ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' JOINT MOTION TO STAY**
**RULE 16 CONFERENCE AND DISCOVERY**

Defendants Magnus Carlsen, Christopher Hikaru Nakamura, Daniel "Danny" Rensch, Chess.com, and Play Magnus AS d/b/a Play Magnus Group (collectively, "Defendants"), jointly request that the Court enter an order staying the Rule 16 conference and any merit discovery until after the Court rules on the pending motions to dismiss. It would preserve judicial and party resources if a case schedule were delayed until the pending jurisdiction and other issues are determined. Further, a stay of discovery is appropriate as Defendants are likely to succeed on their motions to dismiss, Defendants would face undue hardship if a stay is not granted, Plaintiff will suffer no prejudice by a stay, and a stay would preserve judicial and party resources.

For all these reasons and the reasons contained in Defendants' accompanying Memorandum in Support filed herewith and incorporated herein, Defendants respectfully request that their Joint Motion to Stay Rule 16 Conference and Discovery be granted.

| | |
|---|---|
| May 9, 2023 | Respectfully submitted, |

| | |
|---|---|
| **STINSON LLP** | **AXINN, VELTROP & HARKRIDER LLP** |
| By: /s/ *J. Nicci Warr* | By: /s/ *Craig M. Reiser* |
| J. Nicci Warr (State Bar No. 59975) | Craig M. Reiser, admitted *pro hac vice* |
| Jacob R. Schlueter (State Bar No. 73929) | Denise L. Plunkett, admitted *pro hac vice* |
| 7700 Forsyth Blvd., Suite 1100 | Eva H. Yung, admitted *pro hac vice* |
| St. Louis, Missouri 63105 | 114 West 47th Street |
| Office: 314.259.4570 | New York, New York 10036 |
| Email: nicci.warr@stinson.com | Office: 212.728.2200 |
| Email: jacob.schlueter@stinson.com | Fax: 212.728.2201 |
| | Email: creiser@axinn.com |
| |       dplunkett@axinn.com |
| |       eyung@axinn.com |
| | |
| | Caroline P. Boisvert, admitted *pro hac vice* |
| | 90 State House Square |
| | Hartford, Connecticut 06103 |
| | Office: 860.275.8100 |
| | Fax: 860.275.8101 |
| | Email: cboisvert@axinn.com |
| | |
| | *Counsel for Defendant Magnus Carlsen* |

/s/ Nima H. Mohebbi  (w/ consent)
Nima H. Mohebbi (# 275453CA)
Sarah F. Mitchell (# 308467CA)
Michael A. Hale (# 319056CA)
**LATHAM & WATKINS LLP**
355 S. Grand Ave., Suite 100
Los Angeles, CA 90071
Tel: (213) 485-1234
nima.mohebbi@lw.com
sarah.mitchell@lw.com
michael.hale@lw.com

/s/ Jamie L. Wine (w/ consent)
Jamie L. Wine (# 4529251NY)
Blake E. Stafford (# 888324775DC)
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Tel: (212) 906-1200
jamie.wine@lw.com
blake.stafford@lw.com

/s/ Jeffrey B. Jensen (w/ consent)
Jeffrey B. Jensen (# 46745MO)
Kate Ledden (# 66026MO)
**HUSCH BLACKWELL LLP**
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
Tel: (314) 480 1500
jeff.jensen@huschblackwell.com
kate.ledden@huschblackwell.com

Derek Teeter (# 59031MO)
Spencer Tolson (# 74467MO)
**HUSCH BLACKWELL LLP**
4801 Main, Suite 1000
Kansas City, MO 64112
Tel: (816) 983-8000
derek.teeter@huschblackwell.com
spencer.tolson@huschblackwell.com

*Counsel for Defendants Chess.com, LLC, Daniel "Danny" Rensch, and Play Magnus AS*

3

**LEWIS RICE LLC**

By:   /s/ *Neal F. Perryman* (w/consent)
Neal F. Perryman, #43057 (MO)
Michael L. Jente, #62980 (MO)
Benjamin M. Farley, #69073 (MO)
600 Washington Avenue, Suite 2500
St. Louis, Missouri 63101
Telephone:  (314) 444-7661
Facsimile:  (314) 612-7661
nperryman@lewisrice.com
mjente@lewisrice.com
bfarley@lewisrice.com

and

Michael J. Ryan, FL State Bar #975990*
\**Admitted PHV*
Michael J. Ryan, P.A.
110 SE Sixth Street, Suite 2150
Fort Lauderdale, Florida 33301
Telephone: (954) 881-6995
MJRyan@MJRyanLegal.com

*Attorneys for Defendant
Christopher Hikaru Nakamura*

4

## CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2023, the foregoing was filed electronically using the CM/ECF system which will automatically provide notice to all attorneys of record by electronic means.

/s/ J. Nicci Warr