UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| HANS MOKE NIEMANN,<br><br>           Plaintiff,<br><br>     vs.<br><br>SVEN MAGNUS ØEN CARLSEN A/K/A<br>MAGNUS CARLSEN; PLAY MAGNUS AS,<br>D/B/A PLAY MAGNUS GROUP;<br>CHESS.COM, LLC; DANIEL RENSCH A/K/A<br>"DANNY" RENSCH; AND HIKARU<br>NAKAMURA,<br><br>           Defendants. | Case No: 4:22-cv-01110-AGF<br><br><br>Hon. Audrey G. Fleissig |

## DEFENDANT MAGNUS CARLSEN'S NOTICE OF SUPPLEMENTAL AUTHORITY

J. Nicci Warr
Jacob R. Schlueter
STINSON LLP
7700 Forsyth Blvd., Suite 1100
St. Louis, Missouri 63105

Craig M. Reiser*
Denise L. Plunkett*
Eva H. Yung*
AXINN, VELTROP & HARKRIDER LLP
114 West 47th Street
New York, New York 10036

Caroline P. Boisvert*
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, Connecticut 06103

* admitted *pro hac vice*

Defendant Magnus Carlsen submits this Notice of Supplemental Authority to apprise the Court of two recent decisions issued after briefing on his pending Motion to Dismiss the Second Amended Complaint Under Connecticut General Statutes Section 52-196a and Federal Rule of Civil Procedure 12(b)(6) concluded.  *See Smith v. Supple*, 346 Conn. 928 (Conn. 2023) (attached as Exhibit A); *Pryor v. Brignole*, 292 A.3d 701 (Conn. 2023) (attached as Exhibit B).

These decisions, issued by the Connecticut Supreme Court on May 2, 2023, are pertinent to the arguments advanced by the parties in relation to that fully briefed Motion.  *See, e.g.*, ECF No. 82 at 11–18; ECF No. 108 at 7–9, 15–19; ECF No. 110 at 2–5, 8–9; *see also Supple*, 346 Conn. at 946 (explaining that Connecticut's anti-SLAPP statute is "substantive" in that it confers "a right to avoid costly and burdensome litigation on the merits").

Dated: June 9, 2023

Respectfully submitted,

**STINSON LLP**

**AXINN, VELTROP & HARKRIDER LLP**

J. Nicci Warr (State Bar No. 59975)
Jacob R. Schlueter (State Bar No. 73929)
7700 Forsyth Blvd., Suite 1100
St. Louis, Missouri 63105
Office: 314.259.4570
Email: nicci.warr@stinson.com
        jacob.schlueter@stinson.com

By:   /s/ Craig M. Reiser
Craig M. Reiser, admitted *pro hac vice*
Denise L. Plunkett, admitted *pro hac vice*
Eva H. Yung, admitted *pro hac vice*
114 West 47th Street
New York, New York 10036
Office: 212.728.2200
Fax: 212.728.2201
Email: creiser@axinn.com
        dplunkett@axinn.com
        eyung@axinn.com

Caroline P. Boisvert, admitted *pro hac vice*
90 State House Square
Hartford, Connecticut 06103
Office: 860.275.8100
Fax: 860.275.8101
Email: cboisvert@axinn.com

*Counsel for Defendant Magnus Carlsen*

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2023, the foregoing was filed electronically using the CM/ECF system which will automatically provide notice to all attorneys of record by electronic means.

Dated: June 9, 2023

Respectfully submitted,

**AXINN, VELTROP & HARKRIDER LLP**

By: /s/ Craig M. Reiser
Craig M. Reiser, admitted *pro hac vice*
114 West 47th Street
New York, New York 10036
Office: 212.728.2200
Fax: 212.728.2201
Email: creiser@axinn.com

*Counsel for Defendant Magnus Carlsen*