UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI: EASTERN DIVISION

| | |
|---|---|
| HANS MOKE NIEMANN, | ) |
| *Plaintiff,* | ) ) Civil Action No. 4:22-CV-01110 |
| v. | ) ) Hon. Audrey G. Fleissig |
| SVEN MAGNUS ØEN CARLSEN A/K/A MAGNUS CARLSEN, PLAY MAGNUS AS D/B/A PLAY MAGNUS GROUP, CHESS.COM, LLC, DANIEL RENSCH A/K/A "DANNY" RENSCH, AND HIKARU NAKAMURA, | ) ) ) ) ) ) |
| *Defendants.* | ) |

**STATUS REPORT**

Plaintiff Hans Moke Niemann ("Plaintiff") respectfully submits this status report in connection with the Court's March 22, 2023 Order granting Plaintiff leave to conduct jurisdictional discovery. Dkt. 114.

1. On March 22, 2023, the Court ordered, *inter alia*, that "Plaintiff shall have a period of **90 days** from the date of this Order to conduct jurisdictional discovery and, if appropriate, to seek leave to file an amended complaint that alleges sufficient facts to establish diversity jurisdiction." *Id.*

2. On May 4, 2023, Defendant Chess.com, LLC ("Chess.com") filed a document entitled "Chess.com, LLC's Notice of Compliance," in which Chess.com alleged to have subsequently learned that diversity jurisdiction was destroyed because many layers up Chess.com's corporate structure are a number of Connecticut citizens who have an indirect interest in Chess.com. Dkt. 137.

3. On May 8, 2023, Plaintiff filed a response in which he notified the Court that he

1

and Chess.com were meeting and conferring on this topic, and that he would provide a status update to the Court on or before June 20, 2023. Dkt. 140.

4. In accordance with that representation, Plaintiff informs the Court that he will not be seeking leave to file an amended complaint that alleges additional jurisdictional facts at this time.

Dated: New York, New York
June 20, 2023

Respectfully submitted,

*s/ Andrew J. Urgenson*
Terrence A. Oved, Esq., admitted *pro hac vice*
Darren Oved, Esq., admitted *pro hac vice*
Andrew Urgenson, Esq., admitted *pro hac vice*
James Reilly, Esq., admitted *pro hac vice*
OVED & OVED LLP
*Attorneys for Plaintiff*
401 Greenwich Street
New York, New York 10013
Tel: 212.226.2700

and

Matthew Gartner, Esq. (#64320)
THE GARTNER LAW FIRM
*Attorneys for Plaintiff*
220 Salt Lick Road
St. Peters, Missouri 63376
Tel: 636.397.2111
matthew@gartnerlawfirm.com