UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| HANS MOKE NIEMANN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:22-cv-01110-AGF |
| ) | |
| SVEN MAGNUS ØEN CARLSEN, PLAY ) | |
| MAGNUS AS, CHESS.COM, LLC, ) | |
| DANIEL RENSCH, and HIKARU ) | |
| NAKAMURA, ) | |
| ) | |
| Defendants. ) | |

## ORDER OF DISMISSAL

Pursuant to the Memorandum and Order issued herein on this day,

**IT IS HEREBY ORDERED** that this case is **DISMISSED**.  Counts 3 and 4 are **DISMISSED with prejudice**.  The Court declines to exercise supplemental jurisdiction over the remaining Counts, and the remaining Counts are **DISMISSED without prejudice**.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 27th day of June, 2023.