UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI: EASTERN DIVISION

| | |
|---|---|
| HANS MOKE NIEMANN, ) | |
| ) | |
| *Plaintiff,* ) | CIVIL ACTION NO. 4:22-CV-01110 |
| ) | |
| v. ) | |
| ) | |
| SVEN MAGNUS ØEN CARLSEN A/K/A ) | |
| MAGNUS CARLSEN, PLAY MAGNUS ) | |
| AS D/B/A PLAY MAGNUS GROUP, ) | |
| CHESS.COM, LLC, DANIEL RENSCH ) | |
| A/K/A "DANNY" RENSCH, AND ) | |
| HIKARU NAKAMURA, ) | |
| ) | |
| *Defendants.* ) | |

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiff Hans Moke Niemann ("Plaintiff") appeals to the United States Court of Appeals for the Eighth Circuit from the Memorandum and Order and Order of Dismissal signed by the Honorable Audrey G. Fleissig of this Court on June 27, 2023, and from any and all of the Court's rulings adverse to Plaintiff incorporated in, antecedent to, or ancillary to the Memorandum and Order and Order of Dismissal.

Dated: New York, New York
July 26, 2023

                                                                      <u>*s/Andrew J. Urgenson*</u>
                                                                      Terrence A. Oved, Esq.
                                                                       (admitted *pro hac vice*)
                                                                       Darren Oved, Esq.
                                                                       (admitted *pro hac vice*)
                                                                       Andrew Urgenson, Esq.
                                                                       (admitted *pro hac vice*)
                                                                       James Reilly, Esq.
                                                                       (admitted *pro hac vice*)
                                                                       OVED & OVED LLP
                                                                       *Attorneys for Plaintiff*
                                                                       401 Greenwich Street
                                                                       New York, New York 10013
                                                                       Tel: 212.226.2700

*and*

Matthew Gartner, Esq. (#64320)
THE GARTNER LAW FIRM
*Attorneys for Plaintiff*
220 Salt Lick Road
St. Peters, Missouri 63376
Tel: 636.397.2111
matthew@gartnerlawfirm.com