# United States Court of Appeals
## For The Eighth Circuit

Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

July 26, 2023

Mr. Terrence A. Oved
OVED & OVED
Fourth Floor
401 Greenwich Street
New York, NY  10013

RE:  23-2717  Hans Niemann v. Sven Carlsen, et al

Dear Counsel:

The district court clerk has transmitted a notice of appeal and docket entries in this matter, and we have docketed them under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A. Sample briefs may be obtained by contacting the St. Louis Clerk's office.

Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

If you have any questions about the schedule or procedures for the case, please contact our office.

                                                          Michael E. Gans
                                                          Clerk of Court

AEV

Enclosure(s)

cc:     Ms. Caroline Boisvert
       Mr.  Clerk, U.S. District Court, Eastern District of Missouri
       Mr. Benjamin M. Farley
       Mr. Matthew Gartner
       Mr. Michael A. Hale
       Mr. Jeffrey B. Jensen
       Mr. Michael L Jente
       Ms. Katherine Bumb Ledden
       Ms. Sarah F. Mitchell
       Mr. Nima Mohebbi
       Mr. Darren Oved
       Mr. Neal F. Perryman
       Ms. Jennifer Rose Pierce
       Ms. Denise Lynne Plunkett
       Mr. James Thomas Reilly
       Mr. Craig Matthew Reiser
       Mr. Michael J. Ryan
       Mr. Jacob Richard Schlueter
       Mr. Blake E. Stafford
       Mr. Derek T. Teeter
       Mr. Spencer Aaron Tolson
       Mr. Andrew J. Urgenson
       Ms. Jaclyn Niccole Warr
       Ms. Jamie L. Wine
       Ms. Eva Yung

District Court/Agency Case Number(s):   4:22-cv-01110-AGF

**Caption For Case Number:   23-2717**

Hans Moke Niemann

       Plaintiff - Appellant

v.

Sven Magnus Oen Carlsen, also known as Magnus Carlsen; Play Magnus AS, doing business as Play Magnus Group; Chess.com, LLC; Daniel Rensch, also known as Danny Rensch; Hikaru Nakamura

       Defendants - Appellees

**Addresses For Case Participants:   23-2717**

Mr. Terrence A. Oved
OVED & OVED
Fourth Floor
401 Greenwich Street
New York, NY  10013

Ms. Caroline Boisvert
AXINN & VELTROP
90 State House Square
Hartford, CT  06103-3702

Mr.  Clerk, U.S. District Court, Eastern District of Missouri
U.S. DISTRICT COURT
Eastern District of Missouri
111 S. Tenth Street
Saint Louis, MO  63102-0000

Mr. Benjamin M. Farley
LEWIS & RICE
Suite 2500
600 Washington Avenue
Saint Louis, MO  63101

Mr. Matthew Gartner
GARTNER LAW FIRM
220 Salt Lick Road
Saint Peters, MO  63376

Mr. Michael A. Hale
LATHAM & WATKINS
Suite 100
355 S. Grand Avenue
Los Angeles, CA  90071

Mr. Jeffrey B. Jensen
HUSCH & BLACKWELL
Suite 1500
8001 Forsyth Boulevard
Saint Louis, MO  63105

Mr. Michael L Jente
LEWIS & RICE
Suite 2500
600 Washington Avenue
Saint Louis, MO  63101

Ms. Katherine Bumb Ledden
HUSCH & BLACKWELL
Suite 1500
8001 Forsyth Boulevard

Saint Louis, MO  63105

Ms. Sarah F. Mitchell
LATHAM & WATKINS
Suite 100
355 S. Grand Avenue
Los Angeles, CA  90071

Mr. Nima Mohebbi
LATHAM & WATKINS
Suite 100
355 S. Grand Avenue
Los Angeles, CA  90071

Mr. Darren Oved
OVED & OVED
Fourth Floor
401 Greenwich Street
New York, NY  10013

Mr. Neal F. Perryman
LEWIS & RICE
Suite 2500
600 Washington Avenue
Saint Louis, MO  63101

Ms. Jennifer Rose Pierce
OVED & OVED
Fourth Floor
401 Greenwich Street
New York, NY  10013

Ms. Denise Lynne Plunkett
AXINN & VELTROP
22nd Floor
114 W. 47th Street
New York, NY  10036

Mr. James Thomas Reilly
OVED & OVED
Fourth Floor
401 Greenwich Street
New York, NY  10013

Mr. Craig Matthew Reiser
AXINN & VELTROP
22nd Floor
114 W. 47th Street
New York, NY  10036

Mr. Michael J. Ryan
FREEDLAND & HARWIN

Suite 2300
110 S.E. Sixth Street
Fort Lauderdale, FL  33301-3434

Mr. Jacob Richard Schlueter
STINSON LLP
Suite 1100
7700 Forsyth Boulevard
Saint Louis, MO  63105

Mr. Blake E. Stafford
LATHAM & WATKINS
Suite 1000
555 11th Street, N.W.
Washington, DC  20004-1304

Mr. Derek T. Teeter
HUSCH & BLACKWELL
Suite 1000
4801 Main Street
Kansas City, MO  64112

Mr. Spencer Aaron Tolson
HUSCH & BLACKWELL
Suite 1800
1900 N. Pearl Street
Dallas, TX  75201

Mr. Andrew J. Urgenson
OVED & OVED
Fourth Floor
401 Greenwich Street
New York, NY  10013

Ms. Jaclyn Niccole Warr
STINSON LLP
Suite 1100
7700 Forsyth Boulevard
Saint Louis, MO  63105

Ms. Jamie L. Wine
LATHAM & WATKINS
1271 Avenue of the Americas
New York, NY  10020

Ms. Eva Yung
AXINN & VELTROP
22nd Floor
114 W. 47th Street
New York, NY  10036