# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No:  23-2717
_____

Hans Moke Niemann

Plaintiff - Appellant

v.

Sven Magnus Oen Carlsen, also known as Magnus Carlsen; Play Magnus AS, doing business as Play Magnus Group; Chess.com, LLC; Daniel Rensch, also known as Danny Rensch; Hikaru Nakamura

Defendants - Appellees

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:22-cv-01110-AGF)
_____

## JUDGMENT

Appellant's motion to dismiss the appeal is granted. The appeal is hereby dismissed in accordance with the Federal Rules of Appellate Procedure 42(b).

The Court's mandate shall issue forthwith.

August 29, 2023

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
         /s/ Michael E. Gans