# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 23-2717

Hans Moke Niemann

Appellant

v.

Sven Magnus Oen Carlsen, also known as Magnus Carlsen, et al.

Appellees

---

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:22-cv-01110-AGF)

---

**MANDATE**

In accordance with the judgment of August 29, 2023, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

August 29, 2023

Clerk, U.S. Court of Appeals, Eighth Circuit