UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| HANS MOKE NIEMANN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:22-cv-01110-AGF |
| ) | |
| SVEN MAGNUS ØEN CARLSEN, PLAY ) | |
| MAGNUS AS, CHESS.COM, LLC, ) | |
| DANIEL RENSCH, and HIKARU ) | |
| NAKAMURA, ) | |
| ) | |
| Defendants. ) | |

## ORDER

For good cause shown, including the reasons sated in Defendant Chess.com, LLC's unopposed motion for continued sealing, pursuant to Local Rule 13.05, and with no timely opposition having been filed by any party or member of the public,

**IT IS HEREBY ORDERED** that Defendant Chess.com, LLC's unopposed motion for continued sealing of documents pursuant to Rule 13.05 is **GRANTED**. ECF No. 157.  The documents at issue (ECF Nos. 68 & 73, and the exhibits thereto) shall remain under seal indefinitely.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 2nd day of October, 2023.